FILED

JUN 05 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _ul_t_              DEPUTY

SEALED

1  Douglas M. Butz, Esq. (SBN 060722)
   dmbutz@butzdunn.com
2  Jocelyn D. Hannah, Esq. (SBN 224666)
   jhannah@butzdunn.com
3  David D. Cardone, Esq. (SBN 254954)
   dcardone@butzdunn.com
4  BUTZ DUNN & DESANTIS
   A PROFESSIONAL CORPORATION
5  Attorneys At Law
   101 West Broadway, Suite 1700
6  San Diego, California 92101-8289
   (619) 233-4777 / Facsimile (619) 231-0341
7  and
   BARRY L. COHEN, ESQ.
8  bcohen@thorpreed.com
   JERRI A. RYAN, ESQ. (SBN 201814)
9  jryan@thorpreed.com
   THORP REED & ARMSTRONG, LLP
10 2005 Market Street, Suite 1910
   Philadelphia, Pennsylvania 19103
11 Telephone: (215) 640-8500
   Facsimile : (215) 640-8501
12
   Attorneys for Plaintiff,
13 United States Golf Association, Inc.

14                 UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA
                                            '08 CV 0981 JM JMA
16 UNITED STATES GOLF ASSOCIATION,  )  CASE NO. _____
   INC.                             )
17         Plaintiff,               )  VERIFIED COMPLAINT FOR FALSE
                                    )  DESIGNATION OF ORIGIN,
18 vs.                              )  TRADEMARK INFRINGEMENT,
                                    )  AND TRAFFICKING IN GOODS
19 VARIOUS JOHN and JANE DOES       )  BEARING COUNTERFEIT MARKS
   Individuals                      )
20                                  )
   and                              )
21                                  )
   VARIOUS XYZ ENTITIES,            )
22         Defendants.              )
                                    )
23 ─────────────────────────────────)

24

25        Plaintiff United States Golf Association, Inc., through its counsel, Thorp Reed &

26 Armstrong, LLP and Butz, Dunn & DeSantis, APC, hereby files its Verified Complaint against

27 Defendants John and Jane Does and XYZ Entities and alleges as follows:

28 / / /

                                        1
   VERIFIED COMPLAINT

BUTZ DUNN DeSANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

ORIGINAL

I.    **THE PARTIES**

1.    Plaintiff United States Golf Association, Inc. ("USGA") is a Delaware corporation having its principal place of business at Golf House, 77 Liberty Corner Road, Far Hills, New Jersey 07931.

2.    Defendants John and Jane Does and XYZ Entities (hereinafter collectively referred to as "Defendants"), whose precise identities are not known to Plaintiff, are reasonably expected to be doing business in the Southern District of California including, among other locations, San Diego County.

II.    **JURISDICTION AND VENUE**

3.    This is an action for false designation of origin, trademark infringement and trafficking in goods bearing counterfeit marks under the federal Trademark Act, 15 U.S.C. §§1051, 1114(1), 1125(a).

4.    This Court has federal question jurisdiction under 15 U.S.C. §1121(a) and 28 U.S.C. §1338(a) because this case arises under the Trademark laws of the United States.

5.    Venue is proper under 28 U.S.C. §1391. The claims asserted herein arise in this District.

III.    **STATEMENT OF THE CLAIMS**

6.    Since its formation in 1894, and as the governing body of golf, the USGA has dedicated itself to the task of preserving and improving the game of golf in the United States. In this regard, the USGA fosters golf competitions.

7.    The USGA created, and since 1895 has conducted annually, the United States Open Championship at various golf courses throughout the United States. Since the turn of the century, the USGA continuously has referred to this national championship as the "United States Open Championship."

8.    The marks "UNITED STATES OPEN CHAMPIONSHIP," "The OPEN," "The U.S. OPEN," "UNITED STATES OPEN," and the "U.S. OPEN CHAMPIONSHIP" have been advertised continuously in interstate commerce since 1927, and have become well and favorably known as emanating from a single source, *i.e.*, the USGA.

2

VERIFIED COMPLAINT

BUTZ DUNN DeSANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

9.    The USGA owns the federal service mark registrations for "UNITED STATES OPEN CHAMPIONSHIP;" "U.S. OPEN;" "U.S. OPEN CHAMPIONSHIP;" "UNITED STATES OPEN;" and "OPEN," for entertainment and educational services, namely conducting golf tournaments.    Registration Nos. 1,151,942, 1,151,943, 1,151,944, 1,151,946, and 1,832,941, respectively.  All of these marks have achieved incontestable status under the Trademark Act, 15 U.S.C. §1065.  The USGA also owns the federal trademark registration for "U.S. OPEN" for clothing, hats, bags, and other merchandise. Registration No. 1,968,466.  Copies of the foregoing registrations are collectively attached hereto as Exhibit "A" and are referred collectively herein as "USGA Marks."

10.    Over the years, the USGA has conducted its United States Open Championship (hereinafter "OPEN") at different golf courses throughout the United States.  For example, the USGA has conducted the OPEN at Oakmont Country Club (Oakmont, Pennsylvania), the Pebble Beach Golf Links (Pebble Beach, California), the Olympic Club (San Francisco, California), Winged Foot Golf Club (Mamoroneh, New York), Baltusrol (Springfield, New Jersey), Merion Golf Club (Ardmore, Pennsylvania), and the No. 2 Course at Pinehurst Resort (Village of Pinehurst, North Carolina).

11.    From June 12 through 15, 2008 (with practice rounds beginning on June 9th), the USGA will be conducting the 2008 OPEN at the famous Torrey Pines South golf course ("Torrey Pines").[1]

12.    Torrey Pines hosts the Buick Invitational every year, is a municipal course owned and operated by the City of San Diego, and is consistently ranked among the top municipal golf courses in the United States.

13.    The USGA has advertised and promoted the USGA Marks in interstate commerce in connection with the 2008 OPEN at Torrey Pines.

/ / /

/ / /

---

[1]  If there is a tie for the lead after 72 holes of play, then an 18-hole playoff will be held on Monday, June 16, 008 at Torrey Pines.

BUTZ DUNN DESANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

3

VERIFIED COMPLAINT

14.    The Torrey Pines golf course was designed and created in 1957 by noted golf architect William P. Bell and several years ago it was renovated by Rees Jones, another noted golf architect.

15.    Each year the USGA and the host golf course develop a new logo for that year's OPEN. Attached as Exhibit "B" is the Spring 2008 USGA catalog which highlights samples of the official U.S. Open merchandise and also, the 2008 U.S. Open logo which is owned by the USGA.

16.    Hundreds of unsolicited articles have appeared in golf magazines, golf books, and other general interest magazines and books over the years, highlighting Torrey Pines. As a result of its own continuous publicity and promotion, and the well-deserved and continuous unsolicited publicity, Torrey Pines golf course has attracted ever-increasing recognition and visitors from throughout the United States.

17.    For the past several years (and including the 2008 OPEN), the USGA and the host golf course have sold various items of clothing and other merchandise and memorabilia bearing the USGA Marks and the marks and/or names belonging to the host golf course, which for 2008 is Torrey Pines (hereinafter "Open Merchandise"). The Open Merchandise in most, if not all, instances refers to the OPEN, the current year of the OPEN, and the location of the OPEN, such as this year's location at Torrey Pines. In other instances, there is merely a reference to the host site and the year of the OPEN which together identifies for consumers that the goods are memorabilia associated with the USGA's OPEN. See Exhibit "B".

18.    The Open Merchandise is of the highest quality and grade and includes, but is not limited to, visors, hats, T-shirts, golf shirts, bags and other related golf merchandise. These genuine goods are currently being sold on the premises of Torrey Pines and through USGA catalog and internet sales. Other than the sales made by Plaintiff onsite at Torrey Pines, there is no authorized sale of Open Merchandise within 100 miles of Torrey Pines.[2]

19.    At no time has the USGA authorized Defendants to manufacture, distribute, or sell Open Merchandise.

---

[2] Official Open Merchandise may also be bought via the USGA's catalog and website.

BUTZ DUNN DeSANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

4

VERIFIED COMPLAINT

20.     Over the years, third parties have sold counterfeit Open Merchandise during the week of the OPEN, and on that basis Plaintiff alleges that Defendants, alone or in conjunction with others, are selling imitation, fake and counterfeit visors, hats, T-shirts, knit golf shirts, and other merchandise and memorabilia which refer to the OPEN in various ways including use of or reference to the USGA Marks and the Torrey Pines name, or marks similar to those Marks (hereinafter "Counterfeit Merchandise").

21.     The Counterfeit Merchandise often is of inferior quality to the USGA's genuine Open Merchandise.

22.     Defendants' use of marks that are identical or confusingly similar to the USGA Marks serve as a triggering mechanism for the sale of Defendants' Counterfeit Merchandise and will cause confusion, deception, or mistake because consumers are likely to assume that the USGA has manufactured, sponsored, authorized, or approved the Counterfeit Merchandise.

23.     Defendants' sale of Counterfeit Merchandise will injure the reputation of the USGA for the manufacture and/or sale of the highest quality merchandise and memorabilia.

24.     The USGA has encountered sellers of counterfeit merchandise at prior OPEN Championships and events and, based on those prior experiences and on information and belief Plaintiff alleges that if Defendants are notified that Plaintiff has filed this lawsuit and filed an application for a temporary restraining and seizure order, Defendants will cause the Counterfeit Merchandise to be dispersed, and thereafter sold at other locations near the premises of Torrey Pines or elsewhere with the result being that Plaintiff will be unable to obtain an effective remedy for Defendants' wrongful conduct.

## COUNT I

## FALSE DESIGNATION OF ORIGIN AND TRADEMARK INFRINGEMENT

25.     Plaintiff incorporates by reference and hereby re-alleges, as if fully set forth herein, paragraphs 1 through 24 of this Complaint.

26.     The USGA Marks have become well and favorably known throughout the United States, including California, as indicators of goods emanating from or authorized by a single source, *i.e.*, the USGA.

5

VERIFIED COMPLAINT

BUTZ DUNN DESANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

27.    It is a common practice for owners of well-known sporting events, such as the OPEN, to sell and license others to sell clothing and other memorabilia in connection with those events.

28.    Defendants' use of marks that are identical or similar to the USGA Marks constitutes a false designation of origin and trademark infringement in violation of §43(a) of the Lanham Act, 15 U.S.C. §1125(a).

29.    The threat of the loss of Plaintiff's right to control the use of its marks and its reputation is real and substantial.  This loss will be enhanced by any inferior quality of Defendants' Counterfeit Merchandise.

30.    Defendants' acts described herein infringe the USGA Marks, and irreparably injure the business, reputation, and good will of USGA.

## COUNT II

## TRAFFICKING IN GOODS BEARING COUNTERFEIT MARKS

31.    Plaintiff incorporates by reference and hereby re-alleges, as if fully set forth herein, paragraphs 1 through 30 of this Complaint.

32.    Defendants' use of the USGA Marks on Counterfeit Merchandise constitutes the knowing use of counterfeit marks in violation of §32(1) of the Trademark Act, 15 U.S.C. §1114(1). Unless enjoined, Defendants will continue to traffic these goods thereby causing irreparable harm to Plaintiff.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BUTZ DUNN DESANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

6

VERIFIED COMPLAINT

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays:

1.    That this Court grant a temporary restraining order and a preliminary and permanent injunction enjoining Defendants and each of its, his, her or their partners, associates, agents, servants, and employees, and all others acting in concert therewith or having knowledge thereof, from manufacturing, distributing or selling OPEN Merchandise or memorabilia bearing any other mark, word, term, name, symbol or device similar to the USGA Marks in a manner which is likely to cause confusion, mistake, or deception.

2.    That this Court order that all golf and other merchandise and memorabilia found in the possession, custody or control of Defendants bearing or referring to the USGA Marks or other confusingly similar marks, such items being located within San Diego County or within 25 miles of Torrey Pines or any other location identified by Plaintiff's attorneys of record within the Southern District of California, be seized by the United States Marshal for the Southern District of California or his deputies, or any other federal, state or local law enforcement agency or by any person empowered by this Court until a hearing can be held before this Court to determine the disposition of any goods so seized.

3.    That this Court order that all golf and other merchandise and memorabilia in the possession, custody or control of Defendants referring to the USGA Marks, or other confusingly similar marks, and any goods seized pursuant to this Court's order shall be delivered to the USGA for destruction or such other use as determined by Plaintiff.

4.    That Defendants be required to account to the USGA for any and all profits which Defendants have derived from the sale of golf and other merchandise and memorabilia in the possession, custody, or control of Defendants bearing or referring to the USGA Marks or confusingly similar marks for all damages which the USGA has sustained by reason of the acts complained of herein.

5.    That Defendants be required to pay treble the amount of any profits derived from the sale of the Counterfeit Merchandise.

6.    · That this Court award Plaintiff the cost of this action and reasonable attorneys' fees.

VERIFIED COMPLAINT

1        7.      That this Court grant such other and further relief as it should deem just.

2    Dated: 6/2/08                                     Respectfully submitted,

3                                                      BUTZ DUNN & DeSANTIS, APC

4                                                      _Hannah_

5                                                      DOUGLAS M. BUTZ, ESQ.
                                                       JOCELYN D. HANNAH, ESQ.
6                                                      DAVID D. CARDONE, ESQ.
                                                       BUTZ, DUNN & DeSANTIS, APC.
7                                                      101 West Broadway, Ste. 1700
                                                       San Diego, CA 92101
8                                                      Telephone: (619) 233-4777
                                                       Facsimile: (619) 231-0341
9                                                      Email: dmbutz@butzdunn.com
                                                              jhannah@butzdunn.com
10                                                             dcardone@butzdunn.com

11                                                     and

12                                                     THORP REED & ARMSTRONG, LLP
                                                       BARRY L. COHEN, ESQ.
13                                                     JERRI A. RYAN, ESQ.
                                                       2005 Market Street
14                                                     One Commerce Square, Suite 1910
                                                       Philadelphia, PA 19103
15                                                     Tel: (215) 640-8500
                                                       Fax: (215) 650-8501
16                                                     Email: bcohen@thorpreed.com
                                                              jryan@thorpreed.com

17                                                     _Attorneys for Plaintiff,_
                                                       _United States Golf Association, Inc_
18

19

20

21

22

23

24

25

26

27

28

BUTZ DUNN DeSANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

8

VERIFIED COMPLAINT

1

## **VERIFICATION**

2

3          I am the Deputy Executive Director of the United States Golf Association, Plaintiff in this

4   action. The allegations in the foregoing complaint that relate or refer to the United States Golf

5   Association are true of my own knowledge and, as to those allegations that relate or refer to

6   Defendants' activities and that are alleged on information and belief, I believe them to be true.

7          I declare under penalty of perjury that the foregoing is true and correct.

8          This the _____ 30th _____ day of May, 2008.

9

10                                              Michael Butz
                                                Deputy Executive Director
11                                              United States Golf Association, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUTZ DUNN DESANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

9

VERIFIED COMPLAINT

1  *UNITED STATES GOLF ASSOCIATION, INC. v. VARIOUS JOHN and JANE DOES, Individuals and VARIOUS XYZ ENTITIES*
2  USDC Case No. _____

3

4

5                    INDEX OF EXHIBITS TO PLAINTIFF'S COMPLAINT

6

7  <u>EXHIBIT</u>              DOCUMENT                                    <u>PAGE</u>

8  "A"              UNITED STATES GOLF ASSOCIATION              1 of 54
                    FEDERAL TRADEMARK REGISTRATION
9                   FORMS

10

11 "B"              UNITED STATES GOLF ASSOCIATION:             7 of 54
                    DISTINCTIVE APPAREL AND GIFTS FOR
12                  PEOPLE WHO LOVE GOLF

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUTZ DUNN & DeSANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

**EXHIBIT A**

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,151,942

**United States Patent and Trademark Office**    Registered Apr. 21, 1981

**SERVICE MARK**
**Principal Register**

## UNITED STATES OPEN CHAMPIONSHIP

United States Golf Association (Delaware corporation)
Golf House
Far Hills, N.J. 07931

For: EDUCATIONAL AND ENTERTAIN-MENT SERVICES—NAMELY, CONDUCTING A GOLF TOURNAMENT, in CLASS 41 (U.S. Cl. 107).

First use 1895; in commerce 1895.

Ser. No. 201,647, filed Jan. 29, 1979.

MARC BERGSMAN, Primary Examiner

Exhibit A

1 of 54

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,151,943
Registered Apr. 21, 1981

### SERVICE MARK
Principal Register

## U.S. OPEN

United States Golf Association (Delaware corporation)
Golf House
Far Hills, N.J. 07931

For: EDUCATIONAL AND ENTERTAIN-MENT SERVICES—NAMELY, CONDUCTING A GOLF TOURNAMENT, in CLASS 41 (U.S. Cl. 107).

First use 1927; in commerce 1927.

Ser. No. 201,649, filed Jan. 29, 1979.

MARC BERGSMAN, Primary Examiner

Exhibit A
2 of 54

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,151,944

## United States Patent and Trademark Office

Registered Apr. 21, 1981

### SERVICE MARK
#### Principal Register

## U.S. OPEN CHAMPIONSHIP

United States Golf Association (Delaware
corporation)
Golf House
Far Hills, N.J. 07931

For: EDUCATIONAL AND ENTERTAIN-
MENT SERVICES—NAMELY, CONDUCTING A
GOLF TOURNAMENT, in CLASS 41 (U.S. Cl.
107).
First use 1927; in commerce 1927.

Ser. No. 201,650, filed Jan. 29, 1979.

MARC BERGSMAN, Primary Examiner

Exhibit A

3 of 54

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,151,946
Registered Apr. 21, 1981

## SERVICE MARK
### Principal Register

# UNITED STATES OPEN

United States Golf Association (Delaware corporation)
Golf House
Far Hills, N.J. 07931

For: EDUCATIONAL AND ENTERTAIN-MENT SERVICES—NAMELY, CONDUCTING A GOLF TOURNAMENT, in CLASS 41 (U.S. Cl. 107).

First use 1927; in commerce 1927.

Ser. No. 201,652, filed Jan. 29, 1979.

MARC BERGSMAN, Primary Examiner

Exhibit A

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,832,941
Registered Apr. 26, 1994

## SERVICE MARK
## PRINCIPAL REGISTER

## OPEN

UNITED STATES GOLF ASSOCIATION (DELAWARE CORPORATION), AKA USGA
GOLF HOUSE
P.O. BOX 708
FAR HILLS, NJ 079310708

FOR: EDUCATIONAL AND ENTERTAIN- MENT SERVICES; NAMELY, CONDUCTING A GOLF TOURNAMENT, IN CLASS 41 (U.S. CL. 107).

FIRST USE 1-0-1927; IN COMMERCE 1-0-1927.

OWNER OF U.S. REG. NOS. 1,151,942, 1,254,146 AND OTHERS.

SEC. 2(F).

SER. NO. 74-348,397, FILED 1-14-1993.

HOPE SLONIM, EXAMINING ATTORNEY

Int. Cls.: **6, 9, 14, 16, 18, 21, 24, 25 and 28**

Prior U.S. Cls.: **1, 2, 3, 5, 12, 13, 14, 21, 22, 23, 25, 26, 27, 28, 29, 30, 33, 36, 37, 38, 39, 40, 41, 42 and 50**

Reg. No. 1,968,466

# United States Patent and Trademark Office

Registered Apr. 16, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## U.S. OPEN

UNITED STATES GOLF ASSOCIATION (DELAWARE CORPORATION), AKA USGA
GOLF HOUSE
P.O. BOX 708
FAR HILLS, NJ 079310708

FOR: METAL MONEY CLIPS AND METAL KEY RINGS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).
FIRST USE 10-1-1988; IN COMMERCE 10-1-1988.

FOR: PRERECORDED VIDEOTAPES FEATURING GOLF, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
FIRST USE 10-1-1984; IN COMMERCE 10-1-1984.

FOR: WATCHES AND MEDALLIONS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 10-1-1989; IN COMMERCE 10-1-1989.

FOR: COLOR PRINTS; LITHOGRAPHIC PRINTS; COURSE GUIDES, NAMELY BOOKLETS FEATURING THE INFORMATION REGARDING THE GOLF COURSE; POSTERS; PLAYING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10-1-1988; IN COMMERCE 10-1-1988.

FOR: DRAWSTRING POUCH FOR VALUABLES; SHOE BAG FOR TRAVEL; ALL PURPOSE SPORTS BAG; UMBRELLAS; ATTACHE BRIEFCASE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-1-1988; IN COMMERCE 10-1-1988.

FOR: BEVERAGE GLASSWARE AND MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).
FIRST USE 10-1-1988; IN COMMERCE 10-1-1988.

FOR: TOWELS AND CLOTH FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 10-1-1988; IN COMMERCE 10-1-1988.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY SWEATSHIRTS, SHIRTS, CAPS, SWEATERS, VESTS, GOLF SHIRTS, MITTENS, BOXER SHORTS, WINDSHIRTS, JACKETS, HATS, BABY ROMPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 6-1-1982; IN COMMERCE 6-1-1982.

FOR: GOLF BALL MARKERS; GOLF ACCESSORY, NAMELY DIVOT REPAIR TOOLS; GOLF CLUB HEAD COVERS AND GOLF BAG TAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).
FIRST USE 10-1-1988; IN COMMERCE 10-1-1988.

OWNER OF U.S. REG. NOS. 1,151,942, 1,880,927 AND OTHERS.

SER. NO. 74-674,221, FILED 5-15-1995.

WON TEAK OH, EXAMINING ATTORNEY

SPRING 2008

# United States Golf Association®

## DISTINCTIVE APPAREL AND GIFTS FOR PEOPLE WHO LOVE GOLF





Solid Classic
Polos —
*See page 3*



U.S. OPEN
TORREY PINES

**Sign-up on the Web to
Receive E-mail Specials**



**USGA**®

Exhibit B

7 of 54

www.usgacatalog.com  |  800-755-0293





**2008 U.S. Open®**

Torrey Pines Golf Course
San Diego, CA   June 12 – 15
www.usopen.com

*LIMITED-EDITION*



**A. 2008 U.S. Open Limited-Edition Print**
Renowned for her oil-on-canvas renditions and exquisite attention to detail, celebrated American golf landscape artist Linda Hartough masterfully depicts this breathtaking par-3 hole with dramatic canyons, the Pacific Ocean and the city of La Jolla in the distance. This panoramic sunset view from the elevated third tee marks Ms. Hartough's 19th commemorative painting for the U.S. Open series. Offered in a limited edition of 850 prints, each is signed and numbered by the artist. *Linda Hartough; USA.* Framed size 36"w x 27"h; unframed size 30"w x 20"h.
**Framed Print: #108801 $525; Members $485**
**Print Only: #108802 $235**

**B. 2008 U.S. Open Ball Marker Cap**
Never fumble in your pocket for a coin again. This ingenious cap's adjustable strap has a magnetic buckle to securely hold a U.S. Open ball marker, which is included. 100% cotton twill. *Ahead; imported.* One size fits most. *Colors: Khaki, Navy, Red* **#108609 $30; Members $27**



**C. 2008 U.S. Open Embroidered Flag**
Celebrate the debut of Torrey Pines hosting its first U.S. Open. Our vibrantly embroidered collector's flag is made of durable nylon with three metal grommets. *U.S. Open Golf Collection; imported.* 22½"w x 13½"h.
**#108744 $34; Members $30**

Dear USGA Member:

*As the golf season approaches, anticipation is building for this summer's U.S. Open and another great year of championships conducted by the United States Golf Association.*

*In June, the U.S. Open will be conducted for the first time at Torrey Pines Golf Course in San Diego, California. The Pacific coastline provides a dramatic setting for the world's greatest players to test their skills. Recently updated by renowned golf course architect Rees Jones, the Torrey Pines South Course is a 7,643-yard challenge, sure to bring out the great golf we expect at every U.S. Open.*

*U.S. Open golf apparel, accessories and gifts commemorating Torrey Pines are featured in this spring's USGA Catalog. You'll also find an expanded selection of items dedicated to the 2009 (Bethpage Black) and 2010 (Pebble Beach) U.S. Open Championships.*

*Finally, in my first year as President of the USGA, allow me to express how proud I am to lead the dedicated Members of the Association. We would not be where we are without our Members and their commitment to the traditions and values we all hold dear.*

*Best regards,*

*Jim Vernon*
*USGA President*

*The USGA Catalog is published by Zouire, LLC, a for-profit company,*
*pursuant to a license arrangement with the United States Golf Association®.*

2   **Exhibit B**

8 of 54

# Great Polos, Great Colors, Great Price!

## Choose your favorite color and logo

# $39.50
### Members Price










**D. 2008, 2009 and 2010 U.S. Open/Members Classic Polos**
Endless possibilities with this classic golf essential. Available in a rainbow of colors, with your choice of four exciting logos. Comfortable 100% combed cotton piqué.
*Cutter & Buck; imported.* Sizes S-3XL. *Colors: Yellow, Royal Blue, White, Navy, Light Green, Dark Green, Sea Blue, Cardinal Red*
**2008 U.S. Open Logo: #106228** $45; *Members $39.50*
**2009 U.S. Open Logo: #106227** $45; *Members $39.50*
**2010 U.S. Open Logo: #106229** $45; *Members $39.50*
**Members Logo: #103206** *Members Only $39.50*



**A. 2008 U.S. Open Classic Striped Polo**
Bring color to your game with a look that's timeless. Striped pattern
in a versatile array of colors. Soft and durable, easy-care 100% cotton.
*Ahead; imported.* Sizes M-2XL. *Colors: Red, Navy, Orange, Blue*
#108203 $59; *Members $55*

**B. 2008 U.S. Open Tipped Polo**
A staple for any golf wardrobe. This classic polo with
triple-striped collar is enzyme washed for a supreme
hand. 100% pima cotton jersey. *Cutter & Buck; imported.*
Sizes M-2XL. *Colors: Blue, White, Black*
#109200 $58; *Members $53*



**C. 2008 U.S. Open Striped Polo**
Take sophisticated style onto the fairways and beyond.
Features a unique striped pattern in 100% combed cotton.
*Ashworth; imported.* Sizes M-2XL. *Colors: White, Ivory*
#109201 $94; *Members $86*

4

Exhibit B
10 of 54

# Performance That Delivers, Styles You'll Love



**D. 2008 U.S. Open/Members Performance Polos**
Give your game the best of both worlds: extraordinary style with a competitive edge—at an incredible value. CB DryTec® technology for powerful moisture-wicking and a sleek, soft hand. Durable double-faced collar. 60% cotton, 40% polyester. *Cutter & Buck; imported.* Sizes M-3XL. *Colors: Green, White, Orange, Black, Yellow, Blue, Red*
**2008 U.S. Open Logo: #108207** $54; *Members $49*
**Members Logo: #107226** *Members Only $49*

**E. 2008 U.S. Open Striped Polo**
Capture the essence of great golf apparel. Classic stripes with fresh colors that deliver a truly refined look in the comfort of 100% combed cotton. *Ashworth; imported.* Sizes M-2XL. *Colors: Orange, Yellow, Light Green* **#109202** $66; *Members $60*

PERFORMANCE POLOS

...ytime at usgacatalog.com or call 800-755-0293 **USGA** 5



**PERFORMANCE POLOS**

**A–B. 2008 U.S. Open Striped and Jacquard Performance Polos**
Upgrade your look with luxury that performs. PlayDry® fabric delivers superior moisture-wicking power in 100% microfiber polyester. *Greg Norman; imported.* Sizes M-2XL.

**A. Striped Polo:** Handsome stripes in an extraordinarily soft knit that will not snag, fade, pill or wrinkle. 50+ UV-protection. *Colors: Orange, White*
#109203 $93; *Members $85*

**B. Jacquard Polo:** Look sharp and sophisticated in this comfortable easy-care performance polo. Self-fabric collar. *Colors: Red, Navy, Orange*
#109204 $85; *Members $78*

**C. 2008 U.S. Open/Members Striped Performance Polos**
Give your game style with competitive performance. Includes PlayDry® technology for intense moisture management and an easy-care fabric blend that holds shape and texture wash after wash. 60% cotton, 40% polyester. *Greg Norman; imported.* Sizes M-2XL. *Colors: White, Light Green, Navy, Red. See back cover for additional logos and colors.*
2008 U.S. Open Logo: #109205 $86; *Members $79*
Members Logo: #109207 *Members Only $79*



6



**Exhibit B**
12 of 54



**D-E. 2008 U.S. Open Tipped and Striped Performance Polos**

Protection and comfort in two great polos. Each is constructed with Techno Dry™ moisture-wicking fabric for cool and comfortable play. 100% polyester. *LinksTech® by Oxford Golf; imported. Sizes M-2XL. Colors: Red, Yellow, Navy*

**D. Tipped Polo:**
The classic double stripes on the collar make this a must-have addition to your golf wardrobe.
#109206 $54 *Members $49*

**E. Striped Polo:**
A sophisticated striped pattern that's perfect for wearing year around.
#109208 $57; *Members $52*



**F. 2008 U.S. Open Vertical Striped Performance Polo**
Sharp style that's perfect on and off the course. This lightweight polo has textured vertical stripes and is constructed with CoolMax® moisture management fabric for comfort and 25+ UV-protection. 100% polyester. *Oxford Golf; imported. Sizes M-2XL. Colors: White, Royal Blue*
#109209 $93; *Members $85*

**G. 2008 U.S. Open Striped Performance Polo**
Bring out your best with a polo that delivers in performance and good looks. PlayDry® breathable fabric delivers moisture-wicking properties in this unique stripe with a pin dot jacquard pattern. 70% cotton, 30% polyester. *Greg Norman; imported. Sizes M-2XL. Colors: Yellow, Navy*
#109210 $115; *Members $105*

PERFORMANCE POLOS



**A–B. 2008 U.S. Open Wide and Fine Striped
Performance Polos**
Choose your stripe and play away in these
hardworking polos. Each features fresh colors
in CB DryTec™ fabric that has a powerful
moisture-wicking action and provides a sleek,
soft hand. *Cutter & Buck; imported.* Sizes M-2XL.
**A. Wide Striped Polo:** Bold sophistication with
a smart design. 97% polyester, 3% Spandex®.
*Colors: Light Green, Light Blue, White*
#109212 $92; *Members $84*

**B. Fine Striped Polo:** Breathe new life into a
classic stripe. Solid collar nicely offsets stripe
design. 60% pima cotton, 40% polyester.
*Colors: Light Green, Sea Blue, Navy*
#109242 $86; *Members $79*

**C. 2008 U.S. Open Windowpane
Performance Polo**
Redefine golf style in a polo that stands alone.
CB DryTec™ moisture-wicking fabric takes care
of your comfort so you can focus on your game.
100% polyester birdseye jacquard.
*Cutter & Buck; imported.* Sizes M-2XL.
*Colors: Green, Blue*
#109213 $92; *Members $84*

8



**D-E. 2008 U.S. Open Striped and Argyle Performance Polos**

Stay ahead of the field with a polo you can count on. These well equipped polos offer 25+ UV-protection, along with breathable CoolMax® moisture management to keep you cool and dry. *Oxford Golf; imported. Sizes M-2XL.*

**D. Striped Polo:** Multi-color stripes in the comfort you deserve. 95% polyester, 5% Spandex®. *Colors: Aqua, White* #109216 $97; *Members $89*

**E. Argyle Polo:** Textured diamond pattern with championship style. 100% polyester. *Colors: Melon, Yellow, Blue* #109244 $85; *Members $78*

**F. 2008 U.S. Open Windowpane Performance Polo**

Keep cool and protected in a fresh new look. This windowpane polo rises to any occasion with CoolMax® technology to wick moisture from your skin and also includes 25+ UV-protection. 100% polyester. *Oxford Golf; imported. Sizes M-2XL. Colors: Yellow, White, Blue* #109215 $97; *Members $89*

PERFORMANCE POLOS

fabric detail

Exhibit B
15 of 54



PERFORMANCE POLOS

**B. 2008 U.S. Open Striped Performance Polo**
Play with confidence in this lightweight polo that will keep
you cool and dry. Uniquely patterned for an athletic look and
includes yarn dyed fabric with a slight texture in the stripe.
100% polyester. *Ashworth; imported.* Sizes M-2XL.
*Colors: Green, Yellow* #109220 $93; *Members $85*

**A. 2008 U.S. Open Body Mapping Performance Polo**
Introduce the new wave of performance to your game. Cutting edge
body mapping construction strategically places Dri-Fit® ventilation zones
where your body needs them most. 100% polyester. *Nike; imported.*
Sizes M-2XL. *Colors: Blue, White, Black*
#109217 $102; *Members $94*

**C-D. 2008 U.S. Open
Striped and Solid
Performance Polos**
Play to your strength in polos
designed for competition.
Both made of breathable
Dri-Fit™ moisture-wicking
fabric that also includes
30+ UV-protection. 100%
polyester. *Nike; imported.*
Sizes M-2XL.
**C. Striped Polo:**
A sophisticated stripe in
striking colors for the golf
season. *Colors: Light Green,
Black, Red*
#109218 $87; *Members $80*
**D. Solid Polo:**
The staple polo everyone
needs in their golf wardrobe.
*Colors: Light Green, Black, Red*
#109219 $80; *Members $73*

10



PERFORMANCE POLOS

E        F        E        F

**E-F. 2008 U.S. Open Body Mapping and
Colorblock Performance Polos**
Walk the fairways in an updated athletic look. Each
is 100% microfiber polyester with antibacterial finish
and Hang 'Em Dry™ moisture-wicking technology.
*Tehama; imported.* Sizes M-2XL.

**E. Body Mapping Polo:** Advanced moisture-wicking
fabric is strategically placed where your body needs
it most. *Colors: Navy/Blue, Navy/Green*
#109221 $86; *Members $79*

**F. Colorblock Polo:** A sporty profile with performance
and style. *Colors: White/Blue, White/Green*
#109223 $90; *Members $83*

**G. 2008 U.S. Open Mesh Striped
Performance Polo**
This lightweight polo protects against
the heat with Techno Dry™ performance
fabric to maintain a cool, comfortable
fit. 100% polyester mesh and jersey
stripes. *LinksTech® by Oxford Golf; imported.*
Sizes M-2XL. *Colors: Blue, Navy, Yellow*
#109222 $63; *Members $58*

G

POLOS







## Luxury Your Game Deserves

**B. 2008 U.S. Open Double Mercerized Striped Polo**
A crisp two-color striped pattern that's an essential on the course and in the clubhouse. 52% mercerized cotton, 48% Modal® microfiber. *U.S. Open Golf Collection; imported.* Sizes M-2XL. *Colors: Navy, Yellow, Turquoise*
#109225 $82; *Members $75*

**C. 2008 U.S. Open/Members Double Mercerized Long-Sleeved Polos**
A must have for every golfer's wardrobe in this ultra-soft long-sleeved polo. A perfect choice for versatility and extra warmth on cool days. 100% double mercerized lisle cotton. *Oxford Golf; imported.* Sizes M-2XL. *Colors: Navy, White*
2008 U.S. Open Logo:
#109224 $92; *Members $84*
**Members Logo:**
#109226 *Members Only $84*

**A. 2008 U.S. Open/Members Double Mercerized Solid Polos**
Make a statement with luxury you can feel and colors that epitomize good taste. This handsome design is constructed from 100% double mercerized cotton for a refined look. *Oxford Golf; imported.* Sizes M-2XL. *Colors: Turquoise, Light Green, White, Red, Yellow*
2008 U.S. Open Logo: #108225 $75; *Members $69*
Members Logo: #108227 *Members Only $69*

12

## Exhibit B

**D-F. 2008 U.S. Open Jacquard and Striped Polos**
These exciting colors and patterns take honors no matter when you wear them. 100% mercerized cotton. *Fairway & Greene; imported.* Sizes M-2XL.

**D. Jacquard Polo:** A distinctive and classic textured jacquard pattern. *Colors: Light Blue, Orange* #109228 $110; *Members $102*

**E. Multi-Striped Polo:** A colorful stripe design that defines sophistication. *Colors: Orange, Light Blue* #109227 $105; *Members $98*

**F. Striped Polo:** A crisp, tasteful stripe with a subtle jacquard pattern. *Color: Yellow* #109243 $105; *Members $98*

**G. 2008 U.S. Open Windowpane Polo**
This extraordinary polo perfectly blends fashion, comfort and technology with Lux Care™ for minimal shrinking, less wrinkling and extended color retention. 100% double mercerized jersey cotton. *Oxford Golf; imported.* Sizes M-2XL.
*Colors: Pink, White, Blue* #109229 $100; *Members $92*



Exhibit B
19 of 54

POLOS



**C. 2008 U.S. Open Argyle Polo**
Enhance your wardrobe and make a bold statement with this 100% mercerized cotton argyle polo. Includes Lux Care™ technology for less shrinkage, fading and wrinkling. *Oxford Golf; imported.* Sizes M-2XL. *Colors: Light Green, Blue*
#109231 $97; *Members $89*

**A-B. 2008 U.S. Open Striped Polos**
Rich in softness and comfort, these fresh new looks are essential for every golfer. 100% double mercerized, pima cotton. *Tehama; imported.* Sizes M-2XL.
**A. Striped Polo: #109230** $114; *Members $105 Colors: Blue, Red*
**B. White Striped Polo: #109232** $114; *Members $105 Color: White*

**D. 2008 U.S. Open/Members Tailored Collar Polos**
A distinguished shirt with a tailored collar—great for every golfer. Now offered with the USGA Members logo or the 2008 U.S. Open logo. Tailored collar holds shape whatever the conditions. 100% mercerized cotton. *Fairway & Greene; imported.* Sizes M-2XL.
*Colors: Black, White, Navy*
**2008 U.S. Open Logo:**
**#109233** $98; *Members $92*
**Members Logo:**
**#109245** *Members Only $92*

14





**E-G. 2008 U.S. Open Coordinates**
Breeze the greens in luxurious island style. Made of
51% cotton, 49% Tencel®, each polo has a great feel
while providing the benefits of moisture management.
*Tommy Bahama; imported.* Sizes M-2XL

**E. Pineapple Polo:** The two color yarn dyed stripe in
this polo features a subtle pineapple shadow over the
stripes. *Color: Yellow*
**#109237** $130; *Members $120*

**F. Floral Polo:** Unique floral overprint gives added
interest to a traditional striped polo. *Color: Blue*
**#109235** $160; *Members $147*

**G. Pencil Striped Polo:** Yarn dyed jersey polo with a
textured thread that alternates throughout the fabric.
*Colors: Blue, Yellow*
**#109236** $140; *Members $129*

**H. 2008 U.S. Open Floral Polo**
Give your every day wardrobe golf-inspired luxury.
The bold colors and vertical jacquard floral pattern
makes this polo stand out while the silk blend makes
wearing it equally amazing. 70% silk, 30% cotton
jacquard. *Tommy Bahama; imported.* Sizes M-2XL.
*Colors: Blue, Red*
**#109234** $170; *Members $157*

Exhibit B
21 of 54

MOCKS

*PERFORMANCE*

# Mocks for Any Occasion



**A. 2008 U.S. Open Performance Mock**
Get more from every swing in a performance basic
that plays hard. With 30+ UV-protection and Dri-Fit®
fabric that pulls moisture away from your skin, it's a
golfers must-have. 100% polyester. *Nike; imported.*
M-2XL. *Colors: Light Green, Blue, White, Black*
#109401 $80; *Members $73*

*PERFORMANCE*

**B. 2008 U.S. Open Colorblock Performance Mock**
Choose a mock dedicated to extreme performance and fit. Side color panels
and mesh back keep you cool and dry during play. 55% pima cotton,
45% polyester. *Ahead; imported.* Sizes M-2XL. *Colors: Blue / White, Red / Black*
#109403 $58; *Members $53*

**C. 2008 U.S. Open Double Mercerized Mock**
Look sharp in this luxury mock that offers a comfortable alternative to dressing up. Perfect
alone or as a handsome layering piece. 100% Peruvian cotton, double mercerized for superb
softness. *Fairway & Greene; imported.* Sizes M-2XL. *Colors: Black, White, Navy*
#108402 $91; *Members $84*

16

Exhibit B

22 of 54

MOCKS



## D-E. 2008, 2009 and 2010 U.S. Open/Members Performance Mocks

Celebrate upcoming U.S. Open championships in these great golf favorites. Choose short-sleeved or long-sleeved in your choice of logos—each is 100% textured nylon with UV-protection, Scotchguard™, moisture management and Clariant® antibacterial properties. *U.S. Open Golf Collection; imported.* Sizes M-2XL.

**D. Short-Sleeved Mock:**
*Colors: White, Black, Navy, Red*
2008 U.S. Open Logo: #106414 $55; *Members $50*
2009 U.S. Open Logo: #106416 $55; *Members $50*
2010 U.S. Open Logo: #106417 $55; *Members $50*
Members Logo: #109400 *Members Only $50*

**E. Long-Sleeved Mock:**
*Colors: White, Black*
2008 U.S. Open Logo: #108407 $62; *Members $56*
2009 U.S. Open Logo: #108409 $62; *Members $56*
2010 U.S. Open Logo: #108410 $62; *Members $56*
Members Logo: #109402 *Members Only $56*



*PERFORMANCE*



## F. 2008 U.S. Open Argyle Performance Mock

Take your game to a new level, in style. Features a subtle argyle knit and CoolMax® technology for total moisture control with 40+ UV-protection. 100% polyester. *Oxford Golf; imported.* Sizes M-2XL.
*Colors: Blue, Orange, Navy*
#108405 $86; *Members $78*

**SWEATERS & WOVENS**

**A-B. 2008, 2009 and 2010 U.S. Open/Members V-Neck Sweater Vests and Sweaters**

Take the honors in casual and confident style with any of these all-season favorites, offered in an array of upcoming U.S. Open logos and the USGA Members logo. Each creates a timeless look for easy mixing and matching with any golf shirt. 100% pima cotton. *Oxford Golf; imported.* Sizes M–2XL.

**A. V-Neck Sweater Vests:** Layer on ample warmth for a refined look in this handsome vest. Ribbed-knit waistband. *Colors: Blue, Red, Yellow, Navy, Green, Black*
2008 U.S. Open Logo: #108101 $69; *Members $63*
2009 U.S. Open Logo: #108103 $69; *Members $63*
2010 U.S. Open Logo: #108105 $69; *Members $63*
Members Logo: #108107 *Members Only $63*

**B. V-Neck Sweaters:** Classic good looks in this lightweight favorite. Ribbed-knit cuffs and waistband. *Colors: Blue, Red, Yellow, Navy, Green, Black*
2008 U.S. Open Logo: #108109 $75; *Members $69*
2009 U.S. Open Logo: #108111 $75; *Members $69*
2010 U.S. Open Logo: #108113 $75; *Members $69*
Members Logo: #108115 *Members Only $69*

Layer Your Wardrobe with Color and USGA Pride

Logo detail

Logo detail

**C. 2008 U.S. Open/Members Quarter-Zip Sweaters**
Add the sophistication of soft sueded fleece to your wardrobe. Relaxed quarter-zip styling and striped ribbed-knit detailing at inner collar, cuffs and waistband—this is sure to be your favorite. 60% cotton, 40% polyester. *U.S. Open Golf Collection; imported.* Sizes M–2XL. Colors: Navy, Khaki
2008 U.S. Open Logo: #109100 $65; *Members $60*
Members Logo: #109102 *Members Only $60*

18

Exhibit B

24 of 54



**SWEATERS & WOVENS**

**D. 2008 U.S. Open Camp Shirt**
Approach your golf wardrobe as tastefully as you do your game. Unique fern-and-club embroidery is yarn dyed for a subtle, lustrous nod to golf's outdoor pleasures. Features logo on left sleeve. 100% linen cotton weave. *Tommy Bahama; imported.* Sizes M–2XL. *Colors: Blue, Tan.* #109103 $160; *Members $147*

**E. 2008 U.S. Open Argyle Sweater Vest**
In distinguished style this sweater vest has a unique take on the classic argyle. The simple pattern down the right side, makes this a winner for any occasion. 100% mercerized cotton. *Oxford Golf; imported.* Sizes M–2XL. *Colors: Light Blue, Turquoise.* #109101 $105; *Members $98*

**F. 2008 U.S. Open Quarter-Zip Argyle Windvest**
Reach for this piece when breezes pick up but style is still a must. Fully lined and in essential seasonal colors, it will be a regular in your wardrobe rotation. Quarter-zip with leather pull and a ribbed-knit hem. 90% merino wool, 10% nylon. *Fairway & Greene; imported.* Sizes M–2XL. *Colors: Orange, Light Green, Light Blue.* #109104 $162; *Members $150*

Pattern detail

Exhibit B

...me at usgacatalog.com or call 800-755-0293    USGA    19

# Face the Elements with Style

OUTERWEAR



*PERFORMANCE*

**A. 2008 U.S. Open
Colorblock Short-Sleeved
Performance Windshirt**
Play through the cool weather
while in style. Wind-resistant and
water-repellent, this windshirt has
four-way stretch for comfortable
protection. Side color panels add
a sporty flair. Ribbed-knit hem.
95% polyester, 5% Spandex®.
*Ahead; imported.* Sizes M-2XL.
*Colors: Blue, Red*
#109300 $94; *Members $87*

*PACKABLE*

**B. 2008 U.S. Open Zip-Off Sleeve/Packable Windshirt**
Versatility is the key to this windshirt. Features convertible, zip-off sleeves and
conveniently folds into a hidden pouch pocket for easy storage in your golf bag. Constructed
from a microfiber fabric that's sandwashed and lined with breathable 100% nylon mesh. On-seam
pockets. 85% polyester, 15% nylon. *Weatherproof; imported.* Sizes M-2XL. *Colors: Orange, Navy*
#108313 $83; *Members $75*

**C. 2009 and 2010 U.S. Open
Long-Sleeved V-Neck Windshirt**
Focus on the fundamentals and
celebrate the future U.S. Opens in
this players' essential. This soft
doeskin fabric features wind and
water-resistant technology; also
repels stains and oils. Fully lined.
100% polyester. *Ashworth; imported.*
Sizes M-2XL. *Colors: Navy, Stone*
2009 U.S. Open Logo:
#109301 $97; *Members $89*
2010 U.S. Open Logo:
#109303 $97; *Members $89*

20    Exhibit B



**OUTERWEAR**

*LIMITED-EDITION*

**B. 2008 U.S. Open Limited-Edition Jacket**
Don't miss the chance to celebrate the excitement at Torrey Pines with this exclusive jacket created just for the 2008 U.S. Open. Jacket repels rain, protects against UV rays and boasts a bold, one-of-a-kind 2008 U.S. Open full back design. Features include a caped back, two-button adjustable cuffs and a partial-elastic waistband. 100% polyester shell and lining. *U.S. Open Golf Collection; imported.* Sizes S-2XL.
*Colors: Navy/Khaki, Khaki/Navy.*
**#108304** $115; *Members $105*

**E. 2008 U.S. Open V-Neck Reversible Windvest**
Bring versatility into your game-day rotation. This warm performance vest keeps you dry and circulates air with front Velcro® closure vents; reverses with contrasting ribbed-knit trim on collar, arm holes and bottom hem. Side seam pockets. 100% polyester. *LinksTech® by Oxford Golf; imported.* Sizes M-2XL.
*Color: Navy/Cherrywood, Black/Tan*
**#109302** $53; *Members $48*

Sleeve detail

Reverses to Cherrywood    Reverses to Tan

**F. 2008 U.S. Open Long-Sleeved V-Neck Windshirt**
Stay protected with this classic windshirt. Both water and wind repellent, this hardworking essential features contrast piping on shoulders and sleeves. Mesh lined; ribbed-knit collars, cuffs and waistband. 100% ripstop polyester, 100% polyester mesh lining. *LinksTech® by Oxford Golf; imported.* Sizes M-2XL.
*Colors: Navy, Light Green, Black* **#109304** $82; *Members $74*

Exhibit B
27 of 54

**OUTERWEAR**





**A. 2008 U.S. Open Short-Sleeved Windshirt**
Give your game the extra advantage of strong weather protection. Constructed to be both windproof and water repellent with open sleeves and an elastic waistband. Side-zip pockets. 100% polyester. *Nike; imported.* Sizes M-2XL. *Colors: Stone, Navy* #109305 $97; *Members $89*

B

**B. 2008 U.S. Open V-Neck Appliquéd Windshirt**
Honor the U.S. Open in championship style. Water repellent with a bold 2008 U.S. Open design appliquéd for long-lasting wear. Ribbed-knit neckline features a unique touch with contrast tipping. 100% polyester. *Ahead; imported.* Sizes M-2XL. *Colors: Red, Midnight Navy* #108311 $89; *Members $82*

**C. 2008 U.S. Open Full-Zip Packable Jacket**
Stow this stylish, ingenious performer for when skies threaten. Water-resistant and breathable, it packs into the left pocket for easy carrying. Lightweight construction features vented back with half-mesh lining and easy-swing articulated elbows. 100% polyester. *Ahead; imported.* Sizes M-2XL. *Colors: Red, Gold, Dark Grey* #109306 $95; *Members $88*

C



PACKABLE

Exhibit B

*WATERPROOF*

**OUTERWEAR**

D



E

F

F

**D. 2008 U.S. Open Fleece-Lined Waterproof Vest**
Warm on the inside and waterproof on the outside, it's an ideal layering piece for cool or rainy days. Features front ventilating wind flaps with 100% microfiber polyester shell and fleece lining. *SDI; imported.* Sizes M-2XL. *Colors: Navy, Red* #108305 $94; *Members $87*

**E. 2008 U.S. Open Short-Sleeved Windshirt**
The ultimate windshirt, no matter what the conditions. Soft and comfortable, with the added features of wind-resistance and PlayDry® moisture-wicking technology. Constructed with raglan sleeves and a unique jacquard fabric under the sleeves for a touch of style. Quarter-zip neckline, front slat pockets and bungie closures. Shell and body lining: 100% polyester; sleeve lining: 100% nylon. *Greg Norman; imported.* Sizes M-2XL. *Colors: Light Blue, Red, Black* #109308 $106; *Members $99*

**F. 2008 U.S. Open Quarter-Zip Pullover**
Stay warm while the AWS™ moisture-wicking properties keep you dry and comfortable. Stand-up collar and contrast panels along the shoulders, sleeves and sides. 100% polyester. *Ashworth; imported.* M-2XL. *Colors: Blue, Black* #109307 $103; *Members $95*



**FLEECE**

A

**A. 2008 U.S. Open Quarter-Zip Fleece**
Get warmth, good looks and super-soft comfort all in one. Part mock, part outerwear, it will be your go-to look on those cooler days. Antiqued zipper pull and side-zip pockets. 100% pima cotton. *Greg Norman; imported.* Sizes M-2XL.
*Colors: Navy, Blue, Red*
#109404 $96; *Members $89*

## The Pure Comfort of Fleece

B

**B-C. 2008 U.S. Open Appliquéd Sweatshirts**
Support 2008 excitement at Torrey Pines with these distinguished appliquéd designs. Durable and supremely comfortable, each will become a long-time favorite. 60% cotton, 40% polyester. *U.S. Open Golf Collection; imported.* Sizes M-2XL.

**B. Hooded Full-Zip Sweatshirt:** Classic silhouette features handy pouch pockets and a U.S. Open design. Ribbed-knit cuffs and waistband. Color: Navy
#108416 $75; *Members $69*

**C. Crew Neck Sweatshirt:** Upgrade your weekend wear in this casual crew with handsome suede appliqué. Ribbed gusset side panels and crew neckline with v-notch. Ribbed-knit cuffs and waistline. Color: Grey
#108415 $69; *Members $63*

C

**D. 2008 U.S. Open Weathered Crew Neck Sweatshirt**
In the spirit of U.S. Open excitement this sweatshirt starts the season washed and ready to wear. 100% ring spun combed cotton with ribbed-knit cuffs and waistband. *U.S. Open Golf Collection; imported.* Sizes M-2XL. Colors: Smoke, Red
#109404 $49; *Members $46*

D

24

**Exhibit B**

30 of 54

# U.S. Open Collector's Classics
## Logo Golf Balls and Ball Markers





**I. "Stacker" Golf Ball Display**
Ingenious design results in effortless display, side-by-side columns make rearranging or adding new balls a snap. Crafted of solid hardwood with antiqued cherry finish; holds 88 balls. *Woodforge Designs, Inc.* 16½"w x 19¼"h x 2½"d. **#101524 $140**

**E. U.S. Open Collectible Golf Balls:**
Sold in sleeves of three identical balls. Choose from the 1998–2010 logos. *Callaway Golf:* **#100785,** *Nike Golf:* **#100787,** *Titleist:* **#100783** $12 per sleeve

**Commemorative Golf Ball Collection:**
10 sleeves, one sleeve of each logo from 2001–2010. *Callaway Golf:* **#101569,** *Nike Golf:* **#101600,** *Titleist:* **#101599** $95

**F. U.S. Open Collectible Ball Markers:**
Medallion-style, in solid brass with post backs, sold in sets of four identical pieces. Choose from the 1998–2010 logos. *Golf Design; USA.* **#101087** $10 per set; *Members $8*
**Commemorative Ball Marker Collection:** 10 sets, one set of each logo from 2001–2010. **#101589** $87; *Members $79*

**G. Golf Ball Display:** A mini-monument in rich mahogany, with smooth-action swivel base. Holds up to 40 balls. Dark green suede cloth lining. *Great Golf Memories.* 13"w x 9"h. **#106730 $175**

  
  
  

**J. Golf Ball Display Cabinet**
Create a beautiful presentation of your most prized golf balls. Solid hardwood cabinet with hinged glass door keeps your treasured collection safe and dust-free. *Woodforge Designs, Inc. Please specify Antiqued Cherry (shown) or Walnut.*
**81-Ball Display** 21"w x 24"h x 2¾"d: **#33323 $150**
**42-Ball Display** 17"w x 18"h x 2¾"d: **#101088 $120**




**K. Ball Marker Display**
Present your keepsakes in this display that compliments any décor. Features handsome wood frame embellished with a golf-motif medallion in solid brass. Fits up to 150 markers. *Golf Gifts and Gallery.* 16"w x 15"h x ¾"d. **#104715 $50**

**H. Repair Tool Wall Display**
An elegant and versatile way to showcase your ball mark repair tool collection. Constructed of solid hardwood with antiqued cherry finish, complete with two grooved shelves that hold up to 26 repair tools. Shipped ready to hang. *Woodforge Designs, Inc.* 18"w x 9"h x 1"d. **#100576** $100; *Members $93*



**Exhibit B**
31 of 54



☐ **YES, I am a USGA Member**

CVV2 #

TOTAL   15.00

**Daytime phone:**
(required)

AREA CODE                    EXTENSION

**Method of payment:**
☐ Check/Money Order $

☐ AMERICAN EXPRESS®/OPTIMA®

☐ DISCOVER®/NOVUS℠    ☐ MasterCard®    ☐ VISA®

CREDIT CARD NUMBER

SIGNATURE

MONTH / YEAR OF EXPIRATION

Reminder: We cannot process your order without the expiration date and CVV2 #.

**Order:**

| PAGE | ITEM # | SIZE | 1st CHOICE COLOR | 2nd CHOICE COLOR | QTY | USGA Introductory Membership Offer | DESCRIPTION (PLEASE PRINT) | | PRICE EACH | TOTAL |
|------|--------|------|-----------------|-----------------|-----|-----------------------------------|----------------------------|--|-----------|-------|
| | 46380A | | | | | | | | 15.00 | 15.00 |

Merchandise Subtotal

Delivery Charge (see delivery charge chart)

Rush Delivery (add $7.00)

Express Delivery (add $11.00)

*Sales Tax*

Total Payment

*Sales tax:*
Please add all applicable local and state sales taxes for merchandise and shipping on orders delivered to AR, CA, FL, IL, KS, KY, MN, MO, NJ, NY, OK, SC, TN, TX. (On phone orders, we include the sales tax for you.)

**Personalization Information:**
For personalized items, please reference the chart below and specify up to the maximum number of characters listed, including punctuation and spaces. Sorry, no rush delivery or gift boxing available. No delivery available to APO/FPO addresses, Guam, and U.S. protectorates. No returns or exchanges on personalized items.

| Description | Vendor | Page | Item Number | Character Limit | Delivery Time |
|-------------|--------|------|-------------|-----------------|---------------|
| U.S. Open Money Clip | Ahead | 29 | 108721 | 12 (2 lines total) | 3-4 weeks |
| Members Money Clip | Ahead | 29 | 101562 | 12 (2 lines total) | 3-4 weeks |
| U.S. Open Putting Cup | Ahead | 31 | 108706 | 3 lines, 15 per line | 3-4 weeks |
| Members Mini Wallet | TPK Inc. | 33 | 100258 | 4 | 2-3 weeks |
| U.S. Open Bag Tag | Jupiter Sports | 37 | 108722 | 2 lines, 20 per line | 2 weeks |
| Members Bag Tag | Jupiter Sports | 37 | 107712 | 2 lines, 20 per line | 2 weeks |
| Members Golf Bag | Bennington Golf | 37 | 108714 | 15 | 3-4 weeks |
| Members Scorecard Holder | TPK Inc. | 39 | 100985 | 20 | 2-3 weeks |
| Members Club Glove® Travel Bag | West Coast Trends | 39 | 104763 | 15 | 4 weeks |
| Mini Duffle | West Coast Trends | 39 | 104702 | 15 | 4 weeks |
| Members 2008 U.S. Open Ball Marker Cap | Ahead | 44 | 108624 | 15 | 3-4 weeks |

**Alternate address:** Use only if delivery destination is different from above.

NAME (PLEASE PRINT)

C/O

ADDRESS

CITY                    STATE            ZIP

**Mail/Fax Orders:** Please print your name and address below, as well as the catalog code, customer number and membership number from the back of your catalog.

CATALOG CODE        CUSTOMER NUMBER        MEMBERSHIP NUMBER

**PERSONALIZATION**

Special Offer for E-mail Users: If you would like to receive notification of special sales and offers, please provide your e-mail address here:

**HOW TO ORDER:**

**Phone Orders:**
800-755-0293. Call toll free 7 A.M.–9 P.M. (CT), Mon. – Fri., 10 A.M.–7 P.M. (CT), Sat. – Sun. Before calling, please have your catalog and your credit card handy.

**Mail or Fax Orders**
Please print your name, address and facsimile phone number. Include your account number, credit card number, expiration date, CVV2 number** and signature, or send your check made payable to USGA Catalog (in U.S. funds only).

Please do not send cash. Include shipping charges and any applicable sales tax. Mail order with payment to USGA Catalog, P.O. Box 687, Pittsburg, KS 66762. Fax orders to 866-857-2465 anytime, day or night.

**Web Site:** www.usgacatalog.com

**Customer Service:**
800-755-0293

**Shipping & Returns:**
7 A.M.–9 P.M. (CT), Mon. – Fri., 10 A.M.–7 P.M. (CT), Sat. – Sun. USGA Catalog Customer Service, P.O. Box 687, Pittsburg, KS 66762.

**"CVV2 # Directions:**
To locate the CVV2 code on a Visa, MasterCard or Discover, refer to the 3-digit code on the signature line. On an AMEX card the 4-digit code is located on the front above the card number.

**Moving?**
Send us both your old and new addresses to avoid duplicates. Or call Customer Service at 800-755-0293.

**Duplicate Catalogs:**
Please send us all of the mailing labels and indicate your preference.

**Returns/Exchanges:**
If you would like to return merchandise, follow the instructions on your packing slip. No returns or exchanges on personalized items.

**Catalog Pricing:**
All prices in this catalog are guaranteed through August 31, 2008. Descriptive, typographical and photographic errors are subject to correction.

**Your Privacy:**
The USGA will periodically share its customer list (names and addresses) and information with other mailers of quality goods and services. If you would prefer that we not share your information, please: a) send a written request to the USGA, P.O. Box 708, Far Hills, NJ 07931-0708; b) go to http://i-members.usga.org/opt-out; or c) call 800-223-0041.

USGA Catalog
P.O. Box 687, Pittsburg, KS 66762

**Save time** – use your credit card and order toll free
**800-755-0293** 7 A.M. – 9 P.M. (CT), Mon. – Fri.,
10 A.M. – 7 P.M. (CT), Sat. – Sun.

**Sizing Guideline—Shirts and Sweatshirts:**

| Size: | S | M | L | XL | XXL |
|-------|---|---|---|----|----|
| Men's: | 34-36 | 38-40 | 42-44 | 46-48 | 50-52 |
| Women's: | 4-6 | 8-10 | 12-14 | 16 | |
| Youth: | Fits age 5-6 years | Fits age 7-8 years | Fits age 9-10 years | Fits age 11-12 years | |

**Warranties:**
For copies of product warranties (where available), write to the USGA Catalog, P.O. Box 687, Pittsburg, KS 66762.

**Delivery Service:**
• Regular delivery: 7–10 business days.    • Rush delivery: 4 business days.
• Express delivery: 1–2 business days. Please order by phone before 1 P.M. (CT) to confirm merchandise availability and shipping requirements. Our Express service area includes street addresses in all 50 states.

**Delivery Charges**

| Merchandise Subtotals | Regular Delivery |
|-----------------------|------------------|
| Up to $5.00 | $3.50 |
| $5.01 – $25.00 | $6.95 |
| $25.01 – $50.00 | $8.95 |
| $50.01 – $75.00 | $10.95 |
| $75.01 – $100.00 | $12.95 |
| $100.01 – $150.00 | $13.95 |
| $150.01 – $300.00 | $16.95 |
| $300.01 – $500.00 | $18.95 |
| $500.01 and over | 4% of merchandise subtotal |

*For orders over $500 or a corporate order, please call 800-755-0293, option 2, or go to www.usgacatalog.com for available discounts and shipping charges.

**International Delivery:**
For orders being delivered outside the U.S. (including Canada), shipping costs will be calculated using standard carrier rate charts and the weight of the items to be shipped. International orders can be placed via our Web site (www.usgacatalog.com) or by calling 800-755-0293, 7 A.M. – 9 P.M. (CT), Mon. – Fri., 10 A.M. – 7 P.M. (CT), Sat. – Sun. If your order is being shipped outside our toll-free area, please call 620-230-0250. Please allow two weeks for delivery. Duty, taxes and brokerage fees are the responsibility of the customer.

Deliveries to P.O. boxes are sent via the U.S. Postal Service. Delivery charges do not apply to gift certificates. No Rush or Express delivery available to P.O. Boxes, APO/FPO addresses, Guam, and U.S. protectorates.

*The USGA Catalog is published by Zoura, LLC, a for-profit company, pursuant to a license arrangement with the United States Golf Association®*



## A-D. USGA Merchandise

Show your USGA spirit and stay protected in style with our windshirts and headwear. Both windshirts are water-resistant in 100% microfiber polyester with a breathable mesh lining. For another option, the sleeves zip off to convert to a short-sleeved windshirt. The matching cap or visor tops off the ensemble.

**A. Men's Windshirt:** Elastic cuffs and waistband. *Weatherproof; imported.* Sizes M-2XL. *Color: Navy* #108321 *Members Only $68*

**B. Women's Windshirt:** Adjustable snap cuffs and elastic drawcord waist with cordlocks. *Weatherproof; imported.* Sizes S-XL. *Color: Navy* #108512 *Members Only $68*

**C. Cap:** Relaxed fit in 100% cotton. Self-fabric with metal slide closure. *Imperial Headwear; USA.* One size fits most. *Color: Stone* #108631 *Members Only $26*

**D. Women's Visor:** Full-size, clip-on solid visor to keep you protected from the sun while you play. 100% cotton twill. *Imperial Headwear; USA.* One size fits most. *Color: White* #108511 *Members Only $23*

**E-F. 2008 U.S. Open/Members Lapel Pins**
Add tradition and pride with these popular collector's pins.

**E. U.S. Open Logo:** Die struck metal pin in brass finish with enamel inlay detailing. *ForeFront Golf; imported.* 1⅛" wide. #108701 $14; *Members $13*

**F. Members Logo:** Crafted from cast pewter, then electroplated in satin-finish antiqued gold and finished with enamel inlay detailing. *Malcolm DeMille; USA.* 1¼" wide. #51146 *Members Only $18*

## G. Spirit of the Game II DVD

This fun and engaging educational tool covers the fundamentals of golf – its history, basic etiquette, rules information, care of the golf course, the role of the USGA and the importance of respect. The Spirit of the Game II is offered in two levels: one for the beginning or new golfer and the second level for more experienced players, both included on this one DVD.
#109712 $20; *Members $5*

## H-K. Rules of Golf 2008–2009 Publications

Play informed with these invaluable resources. The essential *2008–2009 Rules of Golf* is available in a course-friendly pocket-sized paperback edition. *(Large print edition also available.)* The *2008–2009 Decisions on the Rules of Golf* answers your questions with rules and explanations in a compact, spiral-bound volume. *Golf Rules Illustrated* helps players of all levels with 192 pages of photographs and illustrations describing common situations all golfers confront.

**H.** *2008-2009 The Rules of Golf:* #109708 $1

**I.** **2008-2009 Decisions on the Rules of Golf :* #109709 $15.95; *Members and Regional/State Golf Associations $12.95*

**J.** *2008-2009 The Rules of Golf Large Print:* #109710 $8

**K.** *Golf Rules Illustrated:* Paperback; effective through 2011. #109711 $19.95

*Sales limited to customers in the U.S., its territories and Mexico.

**Sales limited to customers in the U.S., its territories, Mexico and Canada. For a complete listing of USGA publications and information on volume discounts, call 800-336-4446 or visit www.usgapubs.com.*

## USGA Directory:

*PGA/USGA Rules Workshops:*
908-234-2300 ext. 5100
www.usga.org/playing/rules/workshops/

*USGA Publications Store:*
800-336-4446 www.usgapubs.com

*USGA Membership:*
800-223-0041 www.usga.org/members

*We're Here to Help...*
Please call USGA Headquarters at 908-234-2300; write to us at **Golf House, P.O. Box 708, Far Hills, NJ 07931-0708**; or visit our Web site at **www.usga.org** for questions regarding Amateur Status, Green Section Services, Handicap & Course Rating Services, Rules & Decisions, Museum & Library and Technical Matters.

## USGA Catalog Gift Card:

If you'd like to have your gift recipient make his or her own selection, we will gladly send a beautifully-presented gift card, along with our most recent catalog. Gift cards are available in $5 increments, beginning at $20. **#32968** ($20 minimum)

Note: When figuring delivery charges, do not include gift card value. Gift card purchases and redemption available online at www.usgacatalog.com or by calling 800-755-0293. Gift card is for catalog use only and cannot be used at USGA championships.

## Join the USGA today and save money on your purchase!

USGA Member benefits include:
- Member discounts on USGA Catalog merchandise
- *"The Rules of Golf"*
- Preference over general public to apply for U.S. Open tickets
- *The U.S. Open Program, USGA Championship Annual* and *Inside the USGA* newsletter
- Personalized USGA bag tag

#46380A *Membership\** $15 (reg. $25)
#46380B *Dual Membership\** $25 (reg. $35)

Dual Membership enrollees must reside at the same address. Please include the second Member's name in the "Description" space on the order form.

*Residents outside the U.S., please add $10 to annual fee, payable in U.S. funds.



# 2008 U.S. Women's Open®









WOMEN'S

A

B

**2008 U.S. WOMEN'S OPEN**
**C C**
**INTERLACHEN**

Interlachen Country Club
Edina, MN  June 26 – 29
For tickets: 877-281-OPEN or
www.2008uswomensopen.com

logo option

**A. 2008 U.S. Open/U.S. Women's Open Full-Zip Fleece**
Give your golf look a cozy dose of fitting style. Available in your choice of logos.
Upper left sleeve pocket; self fabric cuffs and hem. 60% cotton, 40% polyester.
*U.S. Open Golf Collection; imported.* Sizes S-XL. *Colors: Periwinkle, Rose*
U.S. Open Logo: #109514 $63; *Members $58*
U.S. Women's Open Logo: #109500 $63; *Members $58*

**B. 2008 U.S. Open Women's T-Shirt**
Celebrate the excitement of Torrey Pines with our perfectly fitted t-shirts. Fashion
cut with tapered sleeves in 100% cotton. *U.S. Open Golf Collection; imported.*
Sizes S-XL. *Colors: White, Light Pink* #109503 $26; *Members $23*

**C-D. Golf Tote Bag and Valuables Pouch**
The perfect bag to take on the course, to the country club and around town.
This colorful duo is durable, hand-washable and has convenient tee holders
on the front. Tees not included. 100% cotton canvas. *Ame & Lulu; imported.*
*Color: Brown Paisley*

**C. Golf Tote Bag:** Roomy and instantly at home over your shoulder. Front pocket
perfectly sized for your valuables. 14"w x 11"h. #109501 $74; *Members $69*
**D. Valuables Pouch:** Fits cell phone, keys, and other necessities. Handy side
clip for easy bag attachment. 6½"w x 5"h. #109502 $36; *Members $34*

**E-F. 2008 U.S. Open/U.S. Women's Open Polos and**
**U.S. Women's Open Cap**
Capture the feminine side of classic golf style. They're the perfect
combination from course to clubhouse.

**E. Women's Polos:** Tailored fit with slightly rounded hem for wearing
tucked or untucked. In your choice of logos. 100% cotton piqué.
*Cutter & Buck; imported.* Sizes S-2XL. *Colors: Light Pink, Black, White*
U.S. Open Logo: #108501 $45; *Members $39.50*
U.S. Women's Open Logo: #108503 $45; *Members $39.50*
**F. U.S. Women's Open Cap:** #108607 $24; *Members $22*
*See page 34 for details on Cap.*



E

C

D

F

# Golf's Best Traditions

GIFTS & ARTWORK



**G-I. Vintage Golfer and Lady Vintage Golfer Desk Clocks, Trivets and Coaster Set**
Bring classic décor into any golf-lover's home. Practical, sentimental and high quality— each makes a fantastic gift. *Studio Vertu; USA.*

**G. Desk Clocks:** Time passes, but integrity is forever. 4" sq. desk clock comes with black metal stand. Uses single AA battery.
Vintage Golfer: #109701 $48; *Members $45*
Lady Vintage Golfer: #109703 $48; *Members $45*

**H. Trivets:** Glazed and rich with nostalgia, they're perfectly functional; or hang them with the back notches. 8" sq.
Vintage Golfer: #109702 $63; *Members $59*
Lady Vintage Golfer: #109704 $63; *Members $59*

**I. Coaster Set:** An ensemble of classic looks, all backed with cork and glazed for durability. Set of four 4" sq. coasters.
Vintage Golfer: #109700 $60; *Members $54*



**K. Oakmont Country Club, The 18th Hole**
Oakmont's famous 18th hole, designed by William and Henry Fownes, is one of the finest finishing holes in golf. Heavy, thick rough borders its fairways; a slick, subtle-breaking green makes even par a fine result. Oakmont has hosted eight U.S. Opens high-lighting it's legendary difficulty. Framed in a cherry finished wood with black beading. *Linda Hartough; USA.* 12¼"w x 14¼"h #109800 $110; *Members $99*

**L. 2008 U.S. Open Cap/T-Shirt Combo**
This gift-ready trio features a short-sleeved 100% cotton t-shirt rolled and tucked under the bill of a 100% cotton twill cap. Cap features adjustable slide closure on back. Neatly bundled with an official 2008 U.S. Open lanyard made of nylon/polyester. *U.S. Open Golf Collection; imported.* Sizes S-2XL. Cap is one size fits most. *Cap colors: Navy, Khaki; Shirt color: White* #108420 $40; *Members $37*

**J. 2008 U.S. Open/Members Personalized Money Clips**
A classic gentleman's accessory. Handsomely detailed cast metal clip features a brushed pewter finish and enamel inlay displaying your choice of the 2008 U.S. Open logo or the USGA Members logo. *Ahead.* 1⅜"w x 2⅛"h. *See order form/Web site for detailed personalization instructions.*
U.S. Open Logo: #108721 $39; *Members $35  Color: Gold*
Members Logo: #101562 *Members Only $35  Color: Silver*

Exhibit B
35 of 54

GIFTS & ARTWORK



*EXCLUSIVE*



**A–B. 2008 U.S. Open Glassware Sets**
Raise your glass in honor of the U.S. Open with this casual glassware collection. Each set is ideal for entertaining or collecting, and is sold as a set of four—one for each member of your favorite foursome. *U.S. Open Golf Collection.*

**A. Pub Glass Set:** A perfect way to cherish Open history, each one-pint glass has the winners of all past U.S. Opens (1895–2007) printed on the back.  #108710 $46; *Members $42*

**B. Tumbler Set:** Celebrate the upcoming Open with this glassware set, reverse-etched with the 2008 U.S. Open logo. 13¼ oz. capacity.  #108709 $32; *Members $28*

**C** *EXCLUSIVE*



**D. *"The Grand Slam: Bobby Jones, America, and the Story of Golf"***
*The Grand Slam* is packed with interesting information about the life of Bobby Jones and his peers. If you are a fan of golf history and the players that made the game great, this book is a must have. 493 pages, hardcover.
*Golf Links To The Past.*  #108805 $30

**D**



**C. U.S. Open Championship Course Plaque**
Give the gift that salutes both a golfer's love of travel and the Open's storied courses. An exclusive collector's piece made of solid cherrywood with an engraved plaque listing the course and champion for every U.S. Open played. A supply of gold-plated brass pegs is included for marking each course you have visited or played. *Golf Links To The Past.* 13"w x 20"h.
#107703 $286; *Members $265*



**E–H. 2008 U.S. Open/USGA Medallion Leather Belts**
Finish any outfit with a proud and polished look. Belts feature nickel-plated hardware in your choice of smooth or textured leather. 2008 U.S. Open belts have five medallions with U.S. Open logo; Members belts have one USGA Seal medallion. 1¼" wide. *YRI; USA.* Even sizes 32–42. *Colors: Brown, Black*

**E.  U.S. Open Textured Belt:**
#108712 $72; *Members $65*

**F.  U.S. Open Smooth Belt:**
#108714 $72; *Members $65*

**G. USGA Smooth Belt:** #102726 *Members Only $65*

**H. USGA Textured Belt:** #102727 *Members Only $65*

Exhibit B

36 of 54





GIFTS & ARTWORK

**N. Bobby Jones "The Perfect Swing" Photograph**
Flawless. The dominant player of his generation, and quite possibly of all time, Bobby Jones remains an icon of golf's treasured past. This classic black-and-white photograph captures his effortless form and championship grace. *Golf Links To The Past.*
**Framed Print:** 18¾"w x 22¾"h #107804 $214; *Members $198*
**Print Only:** 10¼"w x 13⅜"h #107805 $83; *Members $75*

**I–L. 2008 U.S. Open Coordinates**
Rich fabrics, quality construction and distinctive style make this mix-and-match ensemble a must for any discerning player. *Bobby Jones; imported.* Sizes M-2XL.
**I. Quarter-Zip Vest:** The definitive layering piece. Interlock vest has exposed zipper placket and BJ Player tape on back neck seam. 100% pima cotton. *Color: Navy* #109406 $138; *Members $128*
**J. Tipped Polo:** A classic polo in good taste and comfort. Updated BJ Player embroidery on inside placket. 100% double mercerized Egyptian cotton. *Color: Light Blue* #109238 $170; *Members $158*
**K. Jacquard Polo:** True refinement down to the details. 100% Egyptian cotton. *Color: Blue* #109240 $115; *Members $107*
**L. Windowpane Polo:** A sumptuous hand meets a standout design. BJ Player tape on inside placket. 100% double mercerized cotton. *Color: White* #109239 $199; *Members $187*

**M. 2008 U.S. Open Personalized Putting Cup**
Whether used for practice or for inspiring desk décor, it is sure to be a favorite. Crafted in leather and brass, it can be personalized on the lip plate for an added touch. *Ahead. See order form/Web site for detailed personalization instructions.*
**Personalized:** #108706 $44; *Members $40*
**Nonpersonalized:** #108705 $39; *Members $35*





**O. Golfer's Gift Set**
An ideal gift for the golfer in your life—this boxed set features an elegant golfer's pen, rosewood repair tool and sterling silver money clip. Presented in a rosewood finished box, perfect for gift giving. Box is 4½"w x 8¼"l x 1¼"d. *Maxplus International.* #108707 $64; *Members $59*

Exhibit B
37 of 54



GIFTS & ARTWORK



**A. 2008 U.S. Open Boxed Gift Set**
Set includes 100% cotton twill cap with magnetic buckle closure and brass ball mark repair tool—all decorated with 2008 U.S. Open graphics. Comes with two ball markers. *Ahead; imported.* Cap is one size fits most. *Cap color: Stone*
#108717 $49; *Members $44*

**B. 2008 U.S. Open Torrey Pines Poster**
Capture the spirit of the first-ever Open at Torrey Pines with this commemorative graphic. A colorful, nostalgic interpretation of the 2008 U.S. Open logo, it's perfect wall décor for any golf fan. Metal frame. Framed and unframed size: 24"w x 36"h. *U.S. Open Golf Collection.*
Framed Poster: #108808 $92; *Members $85*
Poster Only: #108809 $34; *Members $30*

**B** *EXCLUSIVE*



ONE HUNDRED AND EIGHTH
# U.S. OPEN
CHAMPIONSHIP

2008

TORREY PINES
★ June 12th - 15th ★



**C-D. 2008 U.S. Open/Members Handcrafted Money Clips**
Make an enduring statement, either a magnificent keepsake or a grand gift. Both handcrafted to last a lifetime. *Malcolm DeMille; USA.* 2" high.
**C. Limited-Edition 2008 U.S. Open Money Clip:** This special edition, sterling silver money clip is crafted from 24K gold plate and features a dyed green jade jeweled background for a memorable keepsake.
#108704 $436; *Members $400*
**D. Members Money Clip:** A timeless value with a 14K solid gold eagle on cast sterling silver, finished by hand.
#57664 *Members Only $450*
*Members money clip also available with 24K gold-plated eagle.*
#65625 *Members Only $210*

**E. "Classic Shots: The Greatest Images from the United States Golf Association"**
275 stunning photographs from the USGA archives, dating back to 1894—many previously unpublished. Covering memorable moments in U.S. golf history, as well as personalities, landscapes and courses. Periodic mini-essays in this coffee table book illuminate the history and charm of the collection, concluding with one by New York Times columnist and best-selling author Thomas L. Friedman. Personally signed by author, Marty Parkes. *The USGA in partnership with National Geographic.* Hardcover, 368 pages.
#107719 $35; *Members $30*

**E**



32    Exhibit B

**GIFTS & ARTWORK**

**F-K. 2008 U.S. Open Youth Polos and Caps**
Outfit your youngsters in USGA tradition and Torrey Pines excitement. *Garb; imported.*

**F. Boy's Performance Polo:** Colorblock, moisture-wicking polo to keep you cool and dry in 100% polyester.
Sizes S-XL. *Color: White* #109504 $62; *Members $58*

**G.Toddler Striped Polo:** 100% cotton pique. Sizes 2T-5T.
*Color: White/Navy* #109510 $52; *Members $48*

**H. Girl's Performance Polo:** Moisture-wicking in 100% polyester. Sizes S-XL.
*Color: White* #109506 $59; *Members $55*

**I. Baby Floppy Hat:** 100% cotton. Fits infants 8-24 mo.
*Color: White* #109513 $27; *Members $25*

**J.Youth Cap:** 100% cotton washed twill cap with contrast stitching. *Color: Navy*
**Junior Size:** Fits age 5-12 years.
#109505 $27; *Members $25*
**Infant/Toddler Size:** Fits age 1-4 years.
#109511 $27; *Members $25*

**K. Girl's Cap:** 100% cotton washed twill cap with contrast stitching. *Color: Pink*
**Youth Size:** Fits age 5-12 years.
#109512 $27; *Members $25*
**Infant/Toddler Size:** Fits age 1-4 years.
#109507 $27; *Members $25*



YOUTH APPAREL



**L. Members Leather Card Case and Money Clip**
Keep your essentials organized and your business cards handy in this leather card case with attached money clip—complete with the USGA Seal on the front. *Mark-it of Colorado; imported.* 3"w x 3¼"h.
*Color: Brown* #69183 *Members Only $50*



**M. Members Personalized Mini Wallet**
Genuine leather with a gold-plated clip. Holds up to 24 cards and 30 bills. Folds flat when full. *TPK Inc.; USA.* 2¾"w x 4½"h. *Color: Black. See order form/Web site for detailed personalization instructions.*
**Personalized:** #100258 *Members Only $37*
**Nonpersonalized:** #100257 *Members Only $33*

**N-O. Commemorative U.S. Open Insulated Glassware Sets**
Entertain in U.S. Open tradition and style with these modern-day versions of vintage drinkware. Made of indestructible polycarbonate, each set has an unconditional lifetime guarantee. Double wall insulation to ensure contents stay hot or cold, without condensation and water rings. Dishwasher, microwave and freezer safe. *Tervis Tumbler.*

**N.Tumbler Set:** Each tumbler sports a different logo to celebrate the 2007-2010 U.S. Opens. Set of four 16 oz. glasses. #106727 $86; *Members $78*

**O. Mug Set:** Honor the upcoming 108th U.S. Open Championship. Set of two 17 oz. mugs. #108718 $68; *Members $62*





GIFTS & ARTWORK

## 2008 USGA Championships

### 2008 U.S. Open
Torrey Pines Golf Course – San Diego, CA
June 12 – 15  For Tickets: 800-698-0661
or www.usopen.com

### 2008 U.S. Women's Open
Interlachen Country Club – Edina, MN
June 26 – 29  For Tickets: 877-281-OPEN
or www.2008uswomensopen.com

### 2008 U.S. Senior Open
Broadmoor Golf Club – Colorado Springs, CO
July 31 – August 3  For Tickets: 877-281-OPEN
or http://usso.broadmoor.com

### 2008 U.S. Amateur
Pinehurst Resort & C.C. – Pinehurst, NC
August 18 – 24  For Tickets: 910-235-8151
or www.usamateur.org

**A–D. 2008 USGA Championship Short-Sleeved T-Shirts**
Honor one or all of these upcoming USGA championships. With exciting designs and high-quality construction, each is a devoted fan's delight. 100% cotton. *U.S. Open Golf Collection; imported.*
**A. U.S. Open:** Sizes M–2XL. *Color: Light Blue*  #109407 $26; *Members $23*
**B. U.S. Women's Open:** Women's fit and sizing. Sizes S–XL. *Color: Black*  #109508 $26; *Members $23*
**C. U.S. Senior Open:** Sizes M–2XL. *Color: Grey*  #109408 $26; *Members $23*
**D. U.S. Amateur:** Sizes M–2XL. *Color: White*  #109409 $26; *Members $23*







**E. 2008 U.S. Open Spring-Action Repair Tool**
An innovative and updated design for your most-utilized golf accessories. Ready to serve at the push of its spring-loaded button. Sturdy, comfortable and ingenious. Includes removable ball marker. *Links Walker Golf.* #108728 $24; *Members $22*

**F–I. 2008 USGA Championship Caps**
Choose any of these collectible caps to celebrate the upcoming championships. Each is 100% cotton twill. *Imperial Headwear; imported.* One size fits most.
**F. U.S. Open Logo:** Relaxed fit and self-fabric slide closure. *Color: Stone* #108606 $24; *Members $22*
**G. U.S. Women's Open Logo:** Relaxed women's fit with Velcro® closure. *Color: Pink* #108607 $24; *Members $22*
**H. U.S. Senior Open Logo:** Relaxed fit and self-fabric slide closure. *Color: Navy* #108605 $24; *Members $22*
**I. U.S. Amateur Logo:** Relaxed fit and self-fabric slide closure. *Color: Khaki* #108604 $24; *Members $22*

34

Exhibit B
40 of 54

**J. 2008 U.S. Open Championship Caddie Towel**
Play with tradition at your side. This towel honors the current U.S. Open as well as features past champions all the way back to the first U.S. Open in 1895. Sturdy lock clip. 100% cotton. *ForeFront Denim; imported.* 38"w x 16"h. #108731 $35; *Members $32*





## The Best Tools for Your Game



**K. 2008 U.S. Open Panoramic Print**
The fact that 2008 is the first time the U.S. Open championship has come to Torrey Pines isn't its only claim to fame—it's also a stunning, challenging work of art, as seen in this photograph of the 3rd hole. Printed on acid-free archival paper and framed in mahogany-finished wood with deckled matting, our print commemorates the 108th U.S. Open with grandeur and reverence. *Stonehouse Publishing.*
**Framed Print:** 27"w x 15"h
#108806 $198; *Members $185*
**Print Only:** 24"w x 12"h
#108807 $66; *Members $62*

**L. 2008 U.S. Open Bag Tag/Repair Tool/Ball Marker Set**
This boxed trio is the perfect gift for any fan of the game. Each piece has been custom sculpted in antiqued pewter. Set includes bag tag with leather strap, repair tool and ball marker.
*ForeFront Golf; imported.*
#108739 $43; *Members $39*



**M-N. 2008 U.S. Open/Members Headcovers and Putter Covers**
Give your clubs the protection they deserve. Each of these quality nylon and suede covers declares your USGA commitment and honor for the game. *Imperial Headwear; imported.*
**M. Headcovers:** Nubuck suede with textured nylon sides and polyester knit back and sleeve. One size fits up to 460cc drivers.
**U.S. Open Logo:** #108729 $30; *Members $27 Color: Black/Dark Grey*
**Members Logo:** #108731 *Members Only $27 Color: Black/Royal*
**N. Putter Covers:** Nubuck suede with textured nylon sides and strong magnetic closure. One size fits most putters.
**U.S. Open Logo:** #108730 $26; *Members $23 Color: Black/Dark Grey*
**Members Logo:** #108732 *Members Only $23 Color: Black/Royal*



Exhibit B

41 of 54





**A. 2008 U.S. Open Golf Towel**
Commemorate the 2008 U.S. Open with our soft, jacquard-woven towel.
100% cotton velour. *ForeFront Devant; imported.* 16"w x 25"l with metal
grommet and plastic hang clip. *Colors: Green, Navy* #108724 $23; *Members $21*

**B. 2008, 2009 and 2010 U.S. Open Ball Mark Repair Tool and
Hat Clip Set**
Keep course conditions above par with this handy antiqued solid brass ball
mark repair tool that can also be used as a money clip. Handpainted magnetic
ball marker on face of tool is 1" diameter. Set also includes a hat clip and
replacement marker. *Golf Design.*
2008 U.S. Open: #105809 $34; *Members $30*
2009 U.S. Open: #106728 $34; *Members $30*
2010 U.S. Open: #106729 $34; *Members $30*



**C-E. Members Leather Shoe Bag and
Crossed-Clubs/Members Leather Valuables Pouches**
These golf essentials keep you organized with more than a touch of
class. Each is constructed of top-grain black leather with nylon lining.
*Eisinger Smith; imported.*
**C. Members Leather Shoe Bag:** Generously sized to fit up
to men's size 13 shoe. Includes inside zippered pocket for
valuables storage and strap handle at top. 8½"w x 14½"l x 4"d.
*Color: Black* #108734 *Members Only $64*

**D. Crossed-Clubs Leather Valuables Pouch:**
A classic style pouch that any golfer will
love. Drawstring closure. 4"w x 7"l x 2"d.
*Color: Black*
#108736 $35; *Members $32*

**E. Members Leather Valuables Pouch:**
Keep track of must-have items and show
your Member pride. Separate inside pocket
for currency or jewelry. 6"w x 8"l x ¾"d.
*Color: Black*
#108735 *Members Only $32*



**F-G. 2008 U.S. Open/Members Personalized Bag Tags**
Identify your golf bag with this handsome essential in antiqued gold with sturdy leather strap. Die-struck metal with a color enamel inlay, and your choice of the 2008 U.S. Open logo or the USGA Seal. Each can be personalized on back. *Jupiter Sports.* 3" diameter. *See order form/Web site for detailed personalization instructions.*
**F. U.S. Open Logo Personalized:** #108722 $32; *Members $29*
U.S. Open Logo Nonpersonalized: #108723 $23; *Members $21*
**G. Members Personalized:** #107712 *Members Only $29*
Members Nonpersonalized: #107713 *Members Only $21*

**H. 2008 U.S. Open Hat Clip Set**
This must-have accessory clips to the brim of your hat to keep markers handy and secure while you play. Comes in a commemorative set with three 2008 U.S. Open ball markers. *Ahead.* #108737 $23; *Members $21*

**I. Members Personalized Golf Bag**
So extraordinarily designed, you'll be proud to have your name on it. Precisely balanced, this lightweight bag is distinguished by its dual strap system, seven-way club alignment top with full-length dividers, fleece lined valuables pocket and insulated drink pocket. 100% polyester. Includes detachable cover. *Bennington Golf; imported. Color: Black/Blue. See order form/Web site for detailed personalization instructions.*
**Personalized:** #109714 *Members Only $195*   Nonpersonalized: #109715 *Members Only $180*

**J-L. 2008 U.S. Open Wool Headcovers**
Give your clubs the protective power of wool with a hint of nostalgia. Each cover also features an internal neck grip. 100% natural wool. *Iliac; imported. Color: Black/Antique White*
**J. Utility/Hybrid Headcover:** Easily fits 4-woods and hybrids. 4" pom. 12" body. #108743 $54; *Members $50*
**K. 3-Wood Headcover:** Easily fits 3-woods. 5" pom. 16" body. #108746 $62; *Members $58*
**L. Driver Headcover:** Easily fits up to 460cc drivers. 6" pom. 18" body. #108742 $62; *Members $58*

TODD MILLER

Exhibit B



**GOLF ACCESSORIES**

**A. Members Leather Money Clip**
This flip-open money clip is made of full grain leather and features a USGA Members medallion on front. Magnetized on both sides to securely hold your currency. *Eisinger Smith; imported.*
Colors: Black, Brown.  #108726  *Members Only $20*

**B. Bobby Jones Ball Mark Repair Tool**
This special edition ball mark repair tool was designed to commemorate the 100th anniversary of Bobby Jones' birth, St. Patrick's Day 1902. Features a nickel silver precision, die-stamped ball marker that fits into the silver-plated repair tool. Each tool comes with a protective black leather pouch. *Golf Links To The Past; imported.*
#108741 $39; *Members $34*



**C. 2009 and 2010 U.S. Open Bag Tag and Hat Clip Sets**
Show your championship excitement with these golf accessories in your choice of upcoming U.S. Open logos. Each set includes a 3" bag tag with leather strap, hat clip and ball marker constructed of solid brass. *Ahead.*
2009 U.S. Open Set: #108738 $34; *Members $30*
2010 U.S. Open Set: #108740 $34; *Members $30*

**D. 2008 U.S. Open Ball Mark Repair Tool Set**
Keep your course in award-winning condition with this one-of-a-kind repair tool. Includes magnetic ball marker. All components have slick enamel color inlay detail. *Pac Golf.*
#108727 $30; *Members $27*









**E-F. Breast Cancer Awareness Golf Accessories**
Show your support for breast cancer research and education with these functional golf necessities.
*A portion of the proceeds of these products will be donated to breast cancer education and research by the manufacturers.*

**E. Plush Headcover:** Lovable "LIFE Bear" in velvety pink plush wears its own sporty visor and has a grey knit sock to protect club shaft. Polyester/cotton. *Gund; USA, Color: Pink*
#101539 $22; *Members $20*

**F. Repair Tool and Ball Marker Set:** Set includes repair tool, magnetic hat clip and extra ball marker, all in an antiqued gold finish. *Eisinger Smith.*
#108510 $28; *Members $25*

38   Exhibit B



COLF ACCESSORIES

**G. Members Personalized Scorecard Holder**
Protection for your scorecard and yardage book. Supple full-grain leather. *TFS Inc.; USA. 4½"w x 6½"h. Colors: Black, Brown. See order form/Web site for detailed personalization instructions.*
**Personalized:**
**#100985** *Members Only $39*
**Nonpersonalized:**
**#100867** *Members Only $35*



**H. Members Golf Towel**
Show your USGA pride with a towel that lives up to Member standards. 100% Egyptian cotton terry, with brass grommet and hook for secure bag attachment. *ForeFront Devant; imported. 16"w x 24"l. Color: Navy*
#109713 *Members Only $24*

**I. Golfer's Record Book**
Record your progress in this handsome pocket-sized golf journal entitled *On The Green.* Full-grain leather cover is embossed with the USGA Seal. Inside are pages for logging each round of golf in detail, graph pages for tracking scoring patterns, space for travel notes and the USGA's *"Golf Rules in Brief"* for 2008. Comes boxed.
*Graphic Image; USA. 3"w x 5"h; 144 pages.* #102833 $29



**J-K. Members Personalized Travel Bag and Mini Rolling Duffle**
Trust your travel to the long-wearing 1000D DuPont Cordura®, plus nylon from Club Glove®. Both feature personalized name and USGA Seal in custom embroidery. *West Coast Trends; USA. Color: Black. See order form/Web site for detailed personalization instructions.*
**J. Travel Bag:** Features a security strap to lock clubheads in place, high-impact wheelbase, two lockable exterior pockets, quality in-line skate wheels and bearings, and lifetime warranty. 14"w x 54"h; folds flat for storage.
**Personalized:** #104763 *Members Only $425*
**Nonpersonalized:** #104764 *Members Only $410*
**K. Mini Rolling Duffle Bag:** Spacious and practical, with two exterior pockets, protected wheelbase and retractable handle.
11½"w x 24"h x 11½"d.
**Personalized:** #104702 *Members Only $260*
**Nonpersonalized:** #104703 *Members Only $230*

Exhibit B

45 of 54



GOLF ACCESSORIES





**C. 2008 U.S. Open / Members Waterproof Rain Gear**
Trust this high-tech ensemble for ultimate protection. Each piece is waterproof to the core and highly breathable so you'll play through with comfort and great looks.

**Jacket:** Lightway stretch for added flexibility and a full front, seam-sealed zipper with storm flap. 100% polyester mesh lined for extra breathability and quiet comfort. Shell: 100% polyester. Ashworth; imported. Sizes M-2XL. Color: Black
U.S. Open Logo: #108319 $188; Members $174
Members Logo: #108322 Members Only $174

**B. 2008 U.S. Open Waterproof Cap:** Breathable polyurethane finish with a CoolMax® moisture-wicking sweatband. Relaxed fit with Velcro® closure. 100% nylon Supplex®. Imperial Headwear; imported. One size fits most. Color: Black #108608 $34; Members $30

**C. Pants:** Features lightweight inner lining, side zip vents at ankles and elastic waistband. Side leg zipper pocket as well as two back snap pockets. 56% polyester, 44% polyurethane. Ashworth; imported. Sizes M-2XL. Color: Black #108323 $169; Members $157

**D. 2008 U.S. Open Golf Umbrella**
Shelter yourself from sun or rain with championship pride. The fiberglass frame has an innovative overlapping double canopy that withstands wind speeds up to 40 mph without inverting. The 100% nylon 64" canopy is large enough to accommodate you and your clubs. Manual open and close. The Weather Company; imported. 43½" long. Color: Green / White #108725 $46; Members $42

**E-F. 2008 U.S. Open Yardage Guide and Members Leather Yardage Guide Cover**
A guide to the action, plus the protection it deserves. It's the essential duo for any true enthusiast of the game.

**E. 2008 U.S. Open Yardage Guide:** Packed with insider information about Torrey Pines, in full color on quality stock. Features 18 hole illustrations with precise yardages and descriptions. Includes course map, scorecard, and splendid color photos. MillerBrown Marketing. #109706 $9

**F. Members Leather Yardage Guide Cover:** Protect the guides you refer to most in style. Handsome, soft faux leather with oxford weave lining and center elastic strap. Holds most sizes of yardage books in place. Berman Leather; imported. 4¼"w x 7¼"h. Color: Black #107707 Members Only $15

40   Exhibit B

# T-Shirts with Championship Pride

**G. 2008 U.S. Open Weathered T-Shirt**
Give your Torrey Pines excitement a unique vintage look. In style and cut, it's constructed for extraordinary comfort. 100% cotton. *U.S. Open Golf Collection; imported.* Sizes S-2XL. *Colors: Green, Orange, Red, Blue*
#109411 $26; *Members $23*



**H**





**H-I. 2009 and 2010 U.S. Open T-Shirts**
Two exciting graphics, for two future USGA championships. Features unique 2009 design and an official 2010 logo in 100% cotton with seamless ribbed-knit neckline and durable tapered shoulders. *U.S. Open Golf Collection; imported.* Sizes S-2XL.
**H. 2009 U.S. Open Logo:**
#108428 $26; *Members $23* Color: White
**I. 2010 U.S. Open Logo:**
#108430 $26; *Members $23* Color: Grey

**J. 2008 U.S. Open Short-Sleeved Limited-Edition T-Shirt**
Celebrate the first U.S. Open at Torrey Pines with our exclusive Limited-Edition t-shirt. Features a one-of-a-kind design on the back and the official U.S. Open logo on the left chest. Both are slightly distressed for a relaxed look. 100% cotton. *U.S. Open Golf Collection; imported.* Sizes S-2XL.
Color: White #109410 $28; *Members $25*





**A. 2008 U.S. Open Official Logo T-Shirt**
Capture the excitement of the U.S. Open
with this bright and bold t-shirt. Constructed
from 100% cotton with seamless comfort
neckline; pre-shrunk for durability.
*U.S. Open Golf Collection; imported.* Sizes S-2XL.
*Colors: Orange, Blue, Green, Red*
#109412 $26; *Members $23*

**B. 2008 U.S. Open Ringer T-Shirt**
Celebrate the coming Open with a
collegiate style. Washed colors complement
the intriguing design. 100% cotton.
*U.S. Open Golf Collection; imported.*
Sizes S-2XL. *Colors: Orange, White, Green,*
#109413 $28; *Members $25*

**C. 2008 U.S. Open Long-Sleeved T-Shirt**
For those long afternoons on the practice
range choose a shirt with uncompromising
comfort in 100% ring-spun cotton.
*U.S. Open Golf Collection; imported.*
Sizes S-2XL. *Colors: Navy, White, Grey*
#108424 $30; *Members $27*



**D. 2008 U.S. Open T-Shirt**
Get ready for the season's excitement with our favorite t-shirt in rich new colors. 100% cotton. *U.S. Open Golf Collection; imported.* Sizes S-2XL. *Colors: Smoke Grey, Brown* #109415 $26; *Members $23*



**E. 2008 U.S. Open Flag T-Shirt**
Just right for post-play relaxing in 100% preshrunk cotton. Seamless ribbed-knit neckline and durable tapered shoulders for comfort. *U.S. Open Golf Collection; imported.* Sizes S-2XL. *Colors: Grey, White, Navy* #109414 $26; *Members $23*

**F. 2008 U.S. Open Long-Sleeved Weathered T-Shirt**
Ruggedly handsome, this 100% ring-spun cotton long-sleeved t-shirt has been pigment dyed and washed for a slightly distressed look. *U.S. Open Golf Collection; imported.* Sizes S-2XL. *Colors: Light Blue, Orange, Olive Green, Red* #108429 $30; *Members $27*

HEADWEAR



PERFORMANCE

A  B

C  D

E

# Headwear to

**A–B. 2008 U.S. Open Performance Cap and Visor**
Keep your cool with our performance headwear that wicks moisture away while you play. Features lightweight 100% polyester with CoolMax® sweatband and adjustable Velcro® closure. *Imperial Headwear, imported. One size fits most.*
**A. Cap:** Mid-structured crown with sandwich visor. *Colors: Navy, Yellow*
#108611 $33; *Members $29*
**B. Visor:** Low profile with sandwich visor. *Colors: Red, Navy*
#108612 $30; *Members $27*

*EXCLUSIVE*

**C. 2008 U.S. Open UV-Protection Bucket Hat**
Get full-brim protection for your eyes and face. Features 50+ UV-protection, glare-reducing undervisor, CoolMax® sweatband for moisture-wicking comfort and Velcro® fit size adjusters. Plus, the large brim of lightweight foam is bendable and makes for easy packing. 100% washable nylon. *Imperial Headwear, imported. Sizes M(7"–7¼"), L(7¼"–7⅜"), XL(7½"–7⅝"). Colors: White, Stone*
#109600 $65; *Members $59*

**D. 2008 U.S. Open Visor-Trim Cap**
Keep your eye on the ball in sporty style. 100% cotton twill cap with a unique bill design. Adjustable Velcro® closure. *U.S. Open Golf Collection, imported. One size fits most. Colors: Navy/Orange, Khaki/Navy*
#108610 $25; *Members $22*

**E. Members 2008 U.S. Open Personalized Ball Marker Cap**
Comfortable washed twill chino cap, includes a 2008 U.S. Open ball marker that conveniently attaches to the magnetic, adjustable buckle closure. Available with embroidered personalization on the back. 100% cotton. *Ahead, imported. One size fits most. Colors: Stone, Navy. See order form / Web site for detailed personalization instructions.*
Personalized: #108624 *Members Only $35*
Nonpersonalized: #108625 *Members Only $25*

*EXCLUSIVE*

MARK ROSS

44

Exhibit B



# Complement your Game

HEADWEAR

**F. 2008 U.S. Open Flag Cap**
A proud and patriotic salute to the Open, our six-panel unstructured cap features a collegiate crown with self-fabric sweatband and metal slide closure. Constructed of 100% washed cotton twill for comfort. *Imperial Headwear; USA.* One size fits most. Colors: Gold, Navy, Red, Khaki, White #108619 $31; Members $28

*PERFORMANCE*

**G. 2008 U.S. Open Performance Cap**
Enjoy your game in ultra comfort. Moisture-wicking fabric stretches for a sculpted fit that's breathable, fast drying and machine washable. 100% polyester. Velcro® adjustable strap. *Ahead; imported.* One size fits most. Colors: Orange, Blue, Red #109601 $28; Members $25

**H. 2008 U.S. Open Twill Appliquéd Cap**
Look sharp from course to clubhouse in this six-panel 100% cotton twill cap. Unstructured with Velcro® closure. *U.S. Open Golf Collection; imported.* One size fits most. Colors: Navy, Green #108622 $25; Members $22

*EXCLUSIVE*

**I-J: 2008 U.S. Open Visor and Cap**
A simple and sophisticated look in 100% cotton. Self fabric strap and metal slide closure. *American Needle; imported.* One size fits most.
I. Visor: Low profile with sandwich visor. Colors: Navy, White #109603 $26; Members $23
J. Cap: Mid-structured crown with sandwich visor. Colors: Navy, Khaki #109602 $26; Members $23

Exhibit B
51 of 54



**HEADWEAR**

*EXCLUSIVE*

A

B

**A. 2008 U.S. Open Straw Hat**
Enjoy comfortable sun protection with a tropical flair. Woven straw hat features cotton lining, 3¼" brim with "houndstooth swirl" pattern, pleated navy cotton hat band and stretch cotton terry sweatband. *Ahead; imported.* Sizes S/M or M/L.
#109604 $35; *Members $32*

**B. 2008 U.S. Open Weathered Cap**
Soft, comfortable and washed for a vintage effect. Screen-printed with a U.S. Open design, 100% cotton twill with clip-buckle closure. *U.S. Open Golf Collection; imported.* One size fits most.
*Colors: Green, Blue* #108620 $25; *Members $22*

*PERFORMANCE*

C

**C. 2009 and 2010 U.S. Open Performance Visors**
Shade your eyes and look to the future with our sporty visors honoring the 2009 and 2010 U.S. Open championships. Low profile with lightweight CD-X® moisture-wicking polyester, with CoolMax® sweatband and adjustable elastic-Velcro® closure. *Imperial Headwear; imported.* One size fits most.
2009 U.S. Open Logo:
#108629 $31; *Members $28*
*Color: Red*
2010 U.S. Open Logo:
#108630 $31; *Members $28*
*Color: Black*

D

**D. 2008 U.S. Open Seersucker Cap**
Lightweight and fashion all in one style. Constructed of 100% cotton with a self fabric strap and metal slide closure. *New Era; imported.* One size fits most.
*Colors: Pink, Blue*
#109606 $25; *Members $22*

E

**E. 2009 and 2010 U.S. Open Caps**
Choose your logo, choose your cap color. Six-panel unstructured 100% cotton twill cap with a contrasting sandwich visor and an embossed U.S. Open clip-buckle closure. *U.S. Open Golf Collection; imported.* One size fits most.
*Colors: Blue, Khaki, Green, Red*
2009 U.S. Open Logo:
#108621 $22; *Members $20*
2010 U.S. Open Logo:
#108623 $22; *Members $20*

46

Exhibit B



**HEADWEAR**

**F. 2008 U.S. Open Logo Cap**
Pay tribute to the 108th U.S. Open, in a color that best complements your wardrobe. Fits like an old favorite with contrasting sandwich visor and an embossed U.S. Open clip-buckle closure. Six-paneled unstructured 100% cotton twill cap. *U.S. Open Golf Collection; imported.* One size fits most. *Colors: Green, Yellow, Khaki, Red, Blue*
#108616 $22; *Members $20*

*EXCLUSIVE*

**G. 2008 U.S. Open Visor**
Shade your eyes and keep your cool in championship style. Subtle profile with adjustable Velcro® closure for a comfortable fit. 100% cotton twill. *U.S. Open Golf Collection; imported.* One size fits most. *Colors: Khaki, Blue* #108617 $25; *Members $22*

**H. 2008 U.S. Open/Members Stars & Stripes Caps**
An eye-catching symbol of patriotic pride; both feature a stars and stripes design in the bill. Constructed of sturdy brushed 100% cotton twill with embossed clip-buckle closure. *U.S. Open Golf Collection; imported.* One size fits most. *Colors: Navy, Stone*
**U.S. Open Logo: #108615** $25; *Members $22*
**Members Logo: #105602** *Members Only $25*

*EXCLUSIVE*

**I. 2008 U.S. Open Twill Flag Cap**
Sport your U.S. Open pride on the course and beyond. Our 100% cotton twill cap features a patriotic take on the 2008 U.S. Open logo and sporty brim detailing. Embossed U.S. Open clip-buckle closure. *U.S. Open Golf Collection; imported.* One size fits most. *Colors: White, Navy*
#108627 $25; *Members $22*



**A. 2008 U.S. Open Championship Hole Flag**
Few golfers ever get to make that triumphant walk to the 18th green in the final round of the U.S. Open…but all of us can dream. Brilliant red as seen at Torrey Pines, our keepsake flag is 100% heavy-duty nylon with three sturdy brass grommets and screen-printed design. *ForeFront Golf; imported.* 20"w x 14"h.
#108713 $25; *Members $22*

**B. 2008 U.S. Open Limited-Edition Caps**
It's the cap collectors look for first—now also available in a fashionable women's version. Show-stopping U.S. Open design is flanked by embroidered graphics on each side. Well-constructed cap is 100% cotton twill with clip-buckle closure. *Ahead; imported.* One size fits most.
Cap: *Color: Khaki*
#109605 $34; *Members $30*
Cap: *Color: Navy*
#108601 $34; *Members $30*
**Women's Fit:** *Color: Pink*
#109509 $34; *Members $30*



*WOMEN'S*

*LIMITED-EDITION*

**C. 2008, 2009 and 2010 U.S. Open Striped Performance Polos**
Set your sights on Opens to come with handsome polos combining top performance with extraordinary style. Features PlayDry® wicking system for intense moisture control, plus an easy-care fabric blend that holds shape and texture wash after wash. 60% cotton, 40% polyester. *Greg Norman; imported.* Sizes M-2XL. Colors: *Yellow, Navy, Red*
*See page 6 for additional colors and logos.*
2008 U.S. Open Logo: #109205 $86; *Members $79*
2009 U.S. Open Logo: #109241 $86; *Members $79*
2010 U.S. Open Logo: #109214 $86; *Members $79*

*The USGA Catalog is published by Zouire, LLC, a for-profit company, pursuant to a license arrangement with the United States Golf Association®.*

VISIT OUR WEB SITE **WWW.USGACATALOG.COM** FOR MORE GREAT ITEMS!
*New Youth Apparel featured on page 33.*

USGA Catalog
P.O. Box 687
Pittsburg, KS 66762

Presorted Standard
U.S. Postage Paid
Pewaukee, WI
Permit No. 514

CATALOG CODE
85411308

MEMBERSHIP NUMBER

Postmaster: Please deliver

**Exhibit B**

54 of 54

%JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States Golf Association, Inc. | Various JOHN and JANE DOES |

**(b)** County of Residence of First Listed Plaintiff   Somerset, New Jersey
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   N/A
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
See Attachment

Attorneys (If Known)
Unknown

08 CV 0981 JM JMA

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1114 and 15 USC 1125
Brief description of cause:
Unauthorized sale of trademarked goods

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE                                   DOCKET NUMBER

DATE
06/02/2008

SIGNATURE OF ATTORNEY OF RECORD
David O. Carbone

**FOR OFFICE USE ONLY**

RECEIPT #  151467   AMOUNT  $350   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____
JAC  6/3/08

Civil Cover Sheet
Attachment

Attorneys representing Plaintiff:

Douglas M. Butz, Esq. (SBN 060722)
dmbutz@butzdunn.com
Jocelyn D. Hannah, Esq. (SBN 224666)
jhannah@butzdunn.com
David D. Cardone, Esq. (SBN 254954)
dcardone@butzdunn.com
BUTZ DUNN & DESANTIS
A PROFESSIONAL CORPORATION
Attorneys At Law
101 West Broadway, Suite 1700
San Diego, California 92101-8289
(619) 233-4777 / Facsimile (619) 231-0341

and

BARRY L. COHEN, ESQ.
bcohen@thorpreed.com
JERRI A. RYAN, ESQ. (SBN 201814)
jryan@thorpreed.com
THORP REED & ARMSTRONG, LLP
2005 Market Street, Suite 1910
Philadelphia, Pennsylvania 19103
(215) 640-8500 / Facsimile (215) 640-8501

# UNITED STATES
# DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

# # 151467 — TC

## June 02, 2008
## 16:20:45

### Civ Fil Non-Pris
USAO #.: 08CV0981
Judge..: JEFFREY T MILLER
Amount.:                    $350.00 CK
Check#.: BC49621

### Pro Hac Vice
USAO #.: BARRY L. COHEN, ESQUIRE
Amount.:                    $180.00 CK
Check#.: BC49621

## Total-> $530.00

FROM: US GOLF VS.
      VARIOUS JOHN & JANE DOES