SEALED

FILED

JUN 0 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  Douglas M. Butz, Esq. (SBN 060722)
   dmbutz@butzdunn.com
2  Jocelyn D. Hannah, Esq. (SBN 224666)
   jhannah@butzdunn.com
3  David D. Cardone, Esq. (SBN 254954)
   dcardone@butzdunn.com
4  BUTZ DUNN & DESANTIS
   A PROFESSIONAL CORPORATION
5  Attorneys At Law
   101 West Broadway, Suite 1700
6  San Diego, California 92101-8289
   (619) 233-4777 / Facsimile (619) 231-0341
7  and
   BARRY L. COHEN, ESQ.
8  bcohen@thorpreed.com
   JERRI A. RYAN, ESQ. (SBN 201814)
9  jryan@thorpreed.com
   THORP REED & ARMSTRONG, LLP
10 2005 Market Street, Suite 1910
   Philadelphia, Pennsylvania 19103
11 Telephone: (215) 640-8500
   Facsimile : (215) 640-8501
12
   Attorneys for Plaintiff,
13 United States Golf Association, Inc.

14                    **UNITED STATES DISTRICT COURT**

15                  **SOUTHERN DISTRICT OF CALIFORNIA**

                                                    '08 CV 0981 JM JMA

16  UNITED STATES GOLF ASSOCIATION,      )   CASE NO. _____
    INC.                                  )
17            Plaintiff,                   )   PLAINTIFF'S MOTION TO FILE
                                           )   UNDER SEAL
18  vs.                                    )
                                           )
19  VARIOUS JOHN and JANE DOES            )
    Individuals                           )
20                                         )
                                           )
21  and                                    )
                                           )
22  VARIOUS XYZ ENTITIES,                 )
              Defendants.                  )
23  _____)

24

25        Plaintiff, the United States Golf Association, Inc. ("USGA" OR "Plaintiff"), by and through

26  its attorneys, Thorp Reed & Armstrong, LLP and Butz, Dunn & DeSantis, APC, hereby files its

27  Motion to File Under Seal:

28  / / /

                                        1
_____
PLAINTIFF'S MOTION TO FILE UNDER SEAL

BUTZ DUNN DESANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

ORIGINAL

1.    By this Motion, USGA requests that this Court order the Clerk of Court for the United States District Court for the Southern District of California to seal the filings in the above-captioned matter until further Order of the Court on the issue.

2.    Plaintiff is seeking certain relief under the Trademark Counterfeiting Act amending the Lanham Act. 15 U.S.C. § 1116. The Trademark Act expressly authorizes, inter alia, the owner of a trademark or servicemark to obtain *ex parte* seizure orders in order to prevent sales of merchandise bearing counterfeits of registered marks.

3.    Section 1116(d)(8) of that Act provides, "An order under this subsection, together with the supporting documents, *shall be* sealed until the person against whom the order is directed has an opportunity to contest such order, except that any person against whom such order is issued shall have access to such order and supporting documents after the seizure has been carried out." 15 U.S.C. § 1116(d)(8) (emphasis added). Filing under seal, in the circumstances delineated in the statute, is required.

4.    If this court file were not sealed, Plaintiff's interests, as well as the public's interests, would be detrimentally affected. If this file were to be made public before service of the requested temporary restraining and seizure orders (assuming such orders were issued), the targeted defendants would be able to transfer or conceal the unauthorized merchandise at the heart of this lawsuit. See National Football League Properties Inc. v. Doe, 28 U.S.P.Q.2d 1866, 1867 (Cal. Super. Ct. 1993) (stating that giving defendants notice of the requested Temporary Restraining Order would "cause said counterfeit [Super Bowl] merchandise to be diverted, removed from the confines of Los Angeles County, or sold to innocent third parties, . . . or otherwise disposed of in a manner that would otherwise render ineffective the Temporary Restraining Order"); Matter of Vuitton et fils S.A., 606 F.2d 1, 4-5 (2d Cir. 1979) (in context of reversal of district court's refusal to issue ex parte TRO and noting that dumping of the counterfeit goods or transfers to unknown third parties is a common practice in the counterfeiting industry).

5.    In sum, if details of this litigation were untimely disclosed to the public, the counterfeit goods, and any business records related to them, could be secreted from discovery or destroyed. Further, the "bootleggers" and their customers would be put on notice to more closely

BUTZ DUNN DeSANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

2

PLAINTIFF'S MOTION TO FILE UNDER SEAL

1  protect their identities, making it that much harder to identify or locate them in the future.

2       6.     Sealing of the entire court file (until further Order of the Court on the issue) would

3  increase the likelihood that crucial evidence will be preserved.  Such sealing also would increase

4  the likelihood that additional, unauthorized merchandise will be intercepted before it can enter the

5  stream of commerce, ultimately preserving this Court's ability to provide an adequate final remedy.

6       7.     The USGA hereby incorporates by reference the concurrently filed Verified

7  Complaint; Ex Parte Motion for Temporary Restraining Order, Order for Seizure of Infringing

8  Goods, and for Preliminary Injunction; and the Brief in Support of that Motion.

9       WHEREFORE, the USGA respectfully requests that the Court issue an Order in the form

10  attached hereto (or substantially in such form) directing the Clerk of Court to seal the filings in the

11  above-captioned matter until further Order of Court on the issue.

12  Dated: _6/2/08_           Respectfully submitted,

13                    BUTZ DUNN & DeSANTIS, APC

14

15                    DOUGLAS M. BUTZ, ESQ.

16                    JOCELYN D. HANNAH, ESQ.
                  DAVID D. CARDONE, ESQ.

17                    BUTZ, DUNN & DeSANTIS, APC.
                  101 West Broadway, Ste. 1700

18                    San Diego, CA  92101
                  Telephone: (619) 233-4777

19                    Facsimile:  (619) 231-0341
                  Email: dmbutz@butzdunn.com

20                         jhannah@butzdunn.com
                       dcardone@butzdunn.com

21                    and

22                    THORP REED & ARMSTRONG, LLP
                  BARRY L. COHEN, ESQ.

23                    JERRI A. RYAN, ESQ.
                  2005 Market Street

24                    One Commerce Square, Suite 1910
                  Philadelphia, PA  19103

25                    Tel: (215) 640-8500
                  Fax: (215) 650-8501

26                    Email: bcohen@thorpreed.com
                     jryan@thorpreed.com

27                    *Attorneys for Plaintiff,*

28                    *United States Golf Association, Inc*

BUTZ DUNN DeSANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

3

PLAINTIFF'S MOTION TO FILE UNDER SEAL