Douglas M. Butz, Esq. (SBN 060722)
dmbutz@butzdunn.com
Jocelyn D. Hannah, Esq. (SBN 224666)
jhannah@butzdunn.com
David D. Cardone, Esq. (SBN 254954)
dcardone@butzdunn.com
BUTZ DUNN & DESANTIS
A PROFESSIONAL CORPORATION
Attorneys At Law
101 West Broadway, Suite 1700
San Diego, California 92101-8289
(619) 233-4777 / Facsimile (619) 231-0341
and
BARRY L. COHEN, ESQ.
bcohen@thorpreed.com
JERRI A. RYAN, ESQ. (SBN 201814)
jryan@thorpreed.com
THORP REED & ARMSTRONG, LLP
2005 Market Street, Suite 1910
Philadelphia, Pennsylvania 19103
Telephone: (215) 640-8500
Facsimile : (215) 640-8501

Attorneys for Plaintiff,
United States Golf Association, Inc.

**SEALED FILED**
JUN 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0981 JM JMA

| | |
|---|---|
| UNITED STATES GOLF ASSOCIATION, INC. <br> Plaintiff, <br><br> vs. <br><br> VARIOUS JOHN and JANE DOES Individuals <br><br> and <br><br> VARIOUS XYZ ENTITIES, <br> Defendants. | CASE NO. _____ <br><br> [PROPOSED] ORDER |

/ / /
/ / /
/ / /
/ / /

1

[PROPOSED] ORDER

1  After consideration of the United States Golf Association's Motion to File Under Seal in the
2  above-captioned matter, it is hereby ORDERED that the Motion is GRANTED. The Court directs
3  the Clerk of Court for the Southern District of California to seal all filings in the above captioned
4  matter until further Order of the Court on the issue.

5  SO ORDERED this ____5th____ day of June, 2008

              _____
              United States District Judge

2

[PROPOSED] ORDER