Douglas M. Butz, Esq. (SBN 060722)
dmbutz@butzdunn.com
Jocelyn D. Hannah, Esq. (SBN 224666)
jhannah@butzdunn.com
David D. Cardone, Esq. (SBN 254954)
dcardone@butzdunn.com
BUTZ DUNN & DESANTIS
A PROFESSIONAL CORPORATION
Attorneys At Law
101 West Broadway, Suite 1700
San Diego, California 92101-8289
(619) 233-4777 / Facsimile (619) 231-0341
and
BARRY L. COHEN, ESQ.
bcohen@thorpreed.com
JERRI A. RYAN, ESQ. (SBN 201814)
jryan@thorpreed.com
THORP REED & ARMSTRONG, LLP
2005 Market Street, Suite 1910
Philadelphia, Pennsylvania 19103
Telephone: (215) 640-8500
Facsimile : (215) 640-8501

Attorneys for Plaintiff,
United States Golf Association, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOLF ASSOCIATION, INC.<br>        Plaintiff,<br>vs.<br>VARIOUS JOHN and JANE DOES Individuals<br>and<br>VARIOUS XYZ ENTITIES,<br>        Defendants. | CASE NO. 08 CV 0981 JM JMA<br><br>DISCLOSURE STATEMENT |

/ / /

/ / /

/ / /

/ / /

---

DISCLOSURE STATEMENT

1

**SEALED FILED**
JUN 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

BUTZ DUNN DESANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

Pursuant to Local Rule 7.1.1 of the Southern District of California and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff United States Golf Association, Inc. in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: 6/2/08

Respectfully submitted,

BUTZ DUNN & DeSANTIS, APC

/s/ Hannah

DOUGLAS M. BUTZ, ESQ.
JOCELYN D. HANNAH, ESQ.
DAVID D. CARDONE, ESQ.
BUTZ, DUNN & DeSANTIS, APC.
101 West Broadway, Ste. 1700
San Diego, CA 92101
Telephone: (619) 233-4777
Facsimile: (619) 231-0341
Email: dmbutz@butzdunn.com
       jhannah@butzdunn.com
       dcardone@butzdunn.com

and

THORP REED & ARMSTRONG, LLP
BARRY L. COHEN, ESQ.
JERRI A. RYAN, ESQ.
2005 Market Street
One Commerce Square, Suite 1910
Philadelphia, PA 19103
Tel: (215) 640-8500
Fax: (215) 650-8501
Email: bcohen@thorpreed.com
       jryan@thorpreed.com

*Attorneys for Plaintiff,*
*United States Golf Association, Inc*

DISCLOSURE STATEMENT