SEALED FILED
JUN 0 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  Douglas M. Butz, Esq. (SBN 060722)
   dmbutz@butzdunn.com
2  Jocelyn D. Hannah, Esq. (SBN 224666)
   jhannah@butzdunn.com
3  David D. Cardone, Esq. (SBN 254954)
   dcardone@butzdunn.com
4  BUTZ DUNN & DESANTIS
   A PROFESSIONAL CORPORATION
5  Attorneys At Law
   101 West Broadway, Suite 1700
6  San Diego, California 92101-8289
   (619) 233-4777 / Facsimile (619) 231-0341
7  and
   BARRY L. COHEN, ESQ.
8  bcohen@thorpreed.com
   JERRI A. RYAN, ESQ. (SBN 201814)
9  jryan@thorpreed.com
   THORP REED & ARMSTRONG, LLP
10 2005 Market Street, Suite 1910
   Philadelphia, Pennsylvania 19103
11 Telephone: (215) 640-8500
   Facsimile : (215) 640-8501
12
   Attorneys for Plaintiff,
13 United States Golf Association, Inc.

14              UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

16 UNITED STATES GOLF ASSOCIATION,   ) CASE NO. '08 CV 0981 JM JMA
   INC.                              )
17         Plaintiff,                ) AFFIDAVIT OF LIEUTENANT
                                     ) DANIEL CHRISTMAN
18 vs.                               )
                                     )
19 VARIOUS JOHN and JANE DOES        )
   Individuals                       )
20                                   )
   and                               )
21                                   )
   VARIOUS XYZ ENTITIES,             )
22        Defendants.                )
                                     )
23 _____  )
                                     )
24                                   )

25

26      I, Lieutenant Daniel Christman, being duly sworn, hereby depose and say:

27      1.   I am over eighteen (18) years of age and fully competent to make the statements

28 herein.

                                    1
AFFIDAVIT OF LIEUTENANT DANIEL CHRISTMAN

2.	I have personal knowledge of the statements herein.

3.	I am currently employed as a Lieutenant for Special Event Operations with the San Diego Police Department and have held such position since 2006. Currently, seven (7) sworn police officers and one hundred and ninety (190) non-sworn traffic control officers work for me in various investigative units.

4.	I have been employed in the field of law enforcement for the past twenty-six (26) years.

5.	In the past, I have supervised other police officers on several occasions who worked with trademark owners in the enforcement of laws related to counterfeit merchandise based in San Diego County, California. Such work has included enforcing and investigating bootleggers and counterfeiters of merchandise which bear registered trademarks.

6.	As such, I am familiar with counterfeiting activity that takes place in San Diego County with regards to certain events, such as sporting events and rock concerts.

7.	I have been one of the primary planners for security and transportation, and will oversee interior security related to the United States Golf Association's ("USGA"'s) 2008 U.S. Open which will take place from June 12-15, 2008 (with practice rounds from June 9-11, 2008 and the chance of a playoff taking place on June 16, 2008) at Torrey Pines South Golf Course.

8.	Based upon my experience, I fully expect bootleggers and counterfeiters to sell or offer for sale merchandise, including but not limited to, t-shirts and hats and other clothing and/or merchandise which contain and/or include trademarks and/or other indicia which belong to USGA.

9.	In my experience, the only effective enforcement and prevention mechanism that exists to deter and prevent such unauthorized activity at such events, such as the 2008 U.S. Open, is a Temporary Restraining Order and an Order of Seizure, without providing advanced notice to the persons selling the counterfeit merchandise.

/ / /

/ / /

/ / /

/ / /

2

AFFIDAVIT OF LIEUTENANT DANIEL CHRISTMAN

10. In my experience, if advance notice is provided to the bootleggers, they will not appear at a Court hearing and/or the counterfeit merchandise will disappear in part or in its entirety.

I verify under penalty of perjury that the foregoing statements are true and correct.

Executed this 29 day of MAY, 2008, in San Diego, California.

_____
Lieutenant Daniel Christman

Sworn to and subscribed before me this 29th day of May, 2008.

May P. Carpinell
Notary Public

3

AFFIDAVIT OF LIEUTENANT DANIEL CHRISTMAN

# ACKNOWLEDGMENT

State of California
County of __San Diego__ )

On __May 29, 2008__ before me, __Mary P. Carpinelli__
(insert name and title of the officer)

personally appeared __Lieutenant Daniel Christman__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(~~s~~) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __May P. Carpinelli__   (Seal)

[Notary Seal: MARY P. CARPINELLI, COMM. #1563153, NOTARY PUBLIC • CALIFORNIA, SAN DIEGO COUNTY, Comm. Exp. MARCH 21, 2009]