**SEALED**

FILED

08 JUN -6 PM 1:25

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

cp                DEPUTY

1  Douglas M. Butz, Esq. (SBN 060722)
   DMButz@butzdunn.com
2  Jocelyn D. Hannah, Esq. (SBN 224666)
   David D. Cardone, Esq. (SBN 254954)
3  BUTZ DUNN & DESANTIS
   A PROFESSIONAL CORPORATION
4  Attorneys At Law
   101 West Broadway, Suite 1700
5  San Diego, California 92101-8289
   (619) 233-4777 / Facsimile (619) 231-0341
6        and
7  BARRY L. COHEN, ESQ.
   bcohen@thorpreed.com
8  JERRI A. RYAN, ESQ. (SBN 201814)
   jryan@thorpreed.com
9  THORP REED & ARMSTRONG, LLP
   2005 Market Street, Suite 1910
10 Philadelphia, Pennsylvania 19103
   Telephone: (215) 640-8500
11 Facsimile : (215) 640-8501

12 Attorneys for Plaintiff,
13 United States Golf Association, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOLF ASSOCIATION, INC. | |
| Plaintiff, | CASE NO. 08 CV 0981 JM JMA |
| | *UNDER SEAL* |
| v. | |
| VARIOUS JOHN and JANE DOES, Individuals, | AFFIDAVIT OF JAMES E. FEASEL, JR. |
| and | |
| VARIOUS XYZ ENTITIES, | |
| Defendants. | |

I, James E. Feasel, Jr., being duly sworn, hereby depose and say:

**ORIGINAL**

1. I am over eighteen (18) years of age and fully competent to make the statements herein.

2. I have personal knowledge of the statements herein.

3. I am currently employed by Andy Frain Services, Inc. as a security officer and report to Scott Dennison, Director of Special Events. Andy Frain Services, Inc. is providing security and related services for the United States Golf Association ("USGA") at the 2008 U.S. Open. I have worked for Andy Frain Services, Inc. since June 2006. In this position I have worked on the 2006 United States Open Golf Championship.

4. I have been employed in the security field for more than 25 years.

5. Over the last 18 years, since October 1989 through the present, I have been employed as a police officer with the Fort Wayne Police Department in Fort Wayne, Indiana. I presently hold the rank of Captain.

6. I have also worked in the area of security for dignitary and witness protection details, as well as major sporting and concert events.

7. In the past, I worked for the United States Marshall Services in St. Louis, Missouri. I also have over 4000 documented hours of advanced training in various law enforcement topics.

8. I have experience working with trademark owners in the enforcement of laws related to counterfeit merchandise in conjunction events such as concerts and sporting events. My work related to those orders involved the enforcement of the orders and the seizure of counterfeit merchandise which bore registered trademarks.

9. As such, I am familiar with counterfeiting activity that takes place in the United States with regard to certain events, such as sporting events and concerts.

10. I am part of the security team related to the USGA's 2008 U.S. Open which will take place from June 12-15, 2008 (with practice rounds from June 9-11, 2008 and the chance of a playoff taking place on June 16, 2008) at Torrey Pines South Golf Course.

11. Based upon my experience, I fully expect bootleggers and counterfeiters to sell or offer for sale merchandise, including but not limited to, t-shirts and hats and other clothing and/or merchandise which contain and/or include trademarks and/or other indicia which belong to USGA.

12. In my experience, the only effective enforcement and prevention mechanism that exists to deter and prevent such unauthorized activity at such events, such as the 2008 U.S. Open, is a Temporary Restraining Order and an Order of Seizure, without providing advanced notice to the persons selling the counterfeit merchandise.

13. In my experience, if advance notice is provided to the bootleggers, they will not appear at a Court hearing and/or the counterfeit merchandise will disappear in part or in its entirety.

I verify under penalty of perjury that the foregoing statements are true and correct.

Executed this 4th day of June, 2008, in Fort Wayne, State of Indiana.

James E. Feasel, Jr.

3
AFFIDAVIT OF JAMES E. FEASEL, JR.