1  Douglas M. Butz, Esq. (SBN 060722)
   dmbutz@butzdunn.com
2  Jocelyn D. Hannah, Esq. (SBN 224666)
   jhannah@butzdunn.com
3  David D. Cardone, Esq. (SBN 254954)
   dcardone@butzdunn.com
4  BUTZ DUNN & DESANTIS
   A PROFESSIONAL CORPORATION
5  Attorneys At Law
   101 West Broadway, Suite 1700
6  San Diego, California 92101-8289
   (619) 233-4777 / Facsimile (619) 231-0341
7  and
   BARRY L. COHEN, ESQ.
8  bcohen@thorpreed.com
   JERRI A. RYAN, ESQ. (SBN 201814)
9  jryan@thorpreed.com
   THORP REED & ARMSTRONG, LLP
10 2005 Market Street, Suite 1910
   Philadelphia, Pennsylvania 19103
11 Telephone: (215) 640-8500
   Facsimile : (215) 640-8501
12
   Attorneys for Plaintiff,
13 United States Golf Association, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOLF ASSOCIATION, INC.<br>　　　Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN and JANE DOES Individuals<br><br>and<br><br>VARIOUS XYZ ENTITIES,<br>　　　Defendants. | CASE NO. 08-CV-0981-JM-JMA<br><br>Action Filed: June 6, 2008<br><br>NOTICE OF VOLUNTARY DISMISSAL AND MOTION TO UNSEAL RECORD |

1

NOTICE OF DISMISSAL AND MOTION TO UNSEAL RECORD
CASE NO. 08-CV-0981-JM-JMA

1  NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily
2  dismisses the above-captioned action.  We appreciate the time and energy this Court dedicated to
3  this matter.  We understand that applications for temporary restraining orders are burdensome to
4  the Court.  While based on prior experience, the USGA believed it necessary to file the above-
5  referenced action to protect is intellectual property, the USGA was pleased it did not become
6  necessary for the Court to issue an Order seizing goods.  The USGA believes stepped up security
7  and police presence, as well as unparalleled event organization, was enough of a deterrent for the
8  counterfeiters it has invariably encountered at prior events.
9  Further, Plaintiff moves to unseal all filings in the above-captioned matter.  Plaintiff sought
10 relief under the Trademark Counterfeiting Act amending the Lanham Act in order to prevent sales
11 of merchandise bearing counterfeits of registered marks relating to the U.S. Open held at the
12 Torrey Pines Golf Course from June 12 – 15, 2008.  Pursuant to Section 1116(d)(8) of that Act,
13 "An order under this subsection, together with the supporting documents, *shall be* sealed until the
14 person against whom the order is directed has an opportunity to contest such order, except that any
15 person against whom such order is issued shall have access to such order and supporting
16 documents after the seizure has been carried out."  15 U.S.C. § 1116(d)(8) (emphasis added).  In
17 light of the fact that the timeframe in which Plaintiff sought relief has passed, as well as Plaintiff's
18 notice of dismissal of the action, there is no longer a need to keep the record sealed.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

BUTZ DUNN DESANTIS
A PROFESSIONAL CORPORATION
101 WEST BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101
(619) 233-4777

WHEREFORE, Plaintiff respectfully requests that the Court issue an Order directing the Clerk of Court to unseal the filings in the above-captioned matter.

Dated: 6/25/18

Respectfully submitted,

BUTZ DUNN & DeSANTIS, APC

DOUGLAS M. BUTZ, ESQ.
JOCELYN D. HANNAH, ESQ.
DAVID D. CARDONE, ESQ.
BUTZ, DUNN & DeSANTIS, APC.
101 West Broadway, Ste. 1700
San Diego, CA 92101
Telephone: (619) 233-4777
Facsimile: (619) 231-0341
Email: dmbutz@butzdunn.com
       jhannah@butzdunn.com
       dcardone@butzdunn.com

and

THORP REED & ARMSTRONG, LLP
BARRY L. COHEN, ESQ.
JERRI A. RYAN, ESQ.
2005 Market Street
One Commerce Square, Suite 1910
Philadelphia, PA 19103
Tel: (215) 640-8500
Fax: (215) 650-8501
Email: bcohen@thorpreed.com
       jryan@thorpreed.com

*Attorneys for Plaintiff,*
*United States Golf Association, Inc*

3
NOTICE OF DISMISSAL AND MOTION TO UNSEAL RECORD
CASE NO. 08-CV-0981-JM-JMA