# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES GOLF ASSOCIATION, | CASE NO. 08 CV 0981 JM (JMA) |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO UNSEAL RECORD, CLOSING FILE** |
| vs. | |
| VARIOUS JOHN and JANE DOES, Individuals, and VARIOUS XYZ ENTITIES, | |
| Defendant. | |

On June 25, 2008, Plaintiff voluntarily dismissed this action and moved to unseal the record. For good cause shown, the court hereby **GRANTS** the motion and **ORDERS** the Clerk of Court to unseal the record. Upon the unsealing of the record, the Clerk is instructed to close the file.

**IT IS SO ORDERED.**

DATED: June 26, 2008

                                        Hon. Jeffrey T. Miller
                                        United States District Judge