# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOLF ASSOCIATION,<br><br>                                    Plaintiff,<br>vs.<br>VARIOUS JOHN and JANE DOES, Individuals, and VARIOUS XYZ ENTITIES,<br><br>                                    Defendant. | CASE NO. 08 CV 0981 JM (JMA)<br><br>**ORDER GRANTING MOTION TO UNSEAL RECORD, CLOSING FILE** |

On June 25, 2008, Plaintiff voluntarily dismissed this action and moved to unseal the record. For good cause shown, the court hereby **GRANTS** the motion and **ORDERS** the Clerk of Court to unseal the record. Upon the unsealing of the record, the Clerk is instructed to close the file.

**IT IS SO ORDERED.**

DATED: June 26, 2008

Hon. Jeffrey T. Miller
United States District Judge